| | |
|---|---|
| 1 | BERNARD S. GREENFIELD [066017]<br>McGRANE, GREENFIELD, HANNON |
| 2 | & HARRINGTON LLP<br>40 South Market Street, Second Floor |
| 3 | San Jose, CA  95113<br>Telephone:  (408) 995-5600 |
| 4 | Facsimile:  (408) 995-0308 |
| 5 | WILLIAM MCGRANE [057761]<br>MAUREEN HARRINGTON [194606] |
| 6 | McGRANE, GREENFIELD, HANNON & HARRINGTON LLP<br>One Ferry Building, Suite 220 |
| 7 | San Francisco, CA  94111<br>Telephone:   (415) 283-1776 |
| 8 | Facsimile:    (415) 283-1777 |
| 9 | Attorneys for Landlord Westport Joint Venture |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| In re<br><br>FIRST VIRTUAL COMMUNICATIONS, INC.,<br><br>Debtor, | Case No. 05-30145 TC<br><br>Chapter 11 Case<br><br>DECLARATION OF JEANNETTE SCHIRTZINGER IN SUPPORT OF REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE<br>[11 U.S.C. §365(d)(3); B.L.R. 9014-1(b)(3)(A)-(B)]<br><br>Tentative Hearing Date:  July 29, 2005<br>Tentative Hearing Time:  9:30 AM<br>Courtroom:  23, 235 Pine Street, San Francisco, California |

I, Jeannette Schirtzinger, declare as follows:

1. I am over the age of 18 and a resident of the County of Santa Clara. I am employed by Richard T. Peery, Trustee of the Richard T. Peery Separate Property Trust UTA Dated 7/20/77, and John Arrillaga, Trustee of the John Arrillaga Survivor's Trust UTA Dated 7/20/77 ("Peery/Arrillaga") as Executive Vice President and Manager. Peery/Arrillaga serves as property managers for Westport Joint Venture, a California joint venture ("Westport"). Among my regular duties is supervision of individuals who manage property owned by Westport, including the real property located at 3200 Bridge Parkway, Suite 202, Redwood City, California (the "Premises"). The following facts are within my personal knowledge and if called upon and sworn as a witness I could testify competently thereto.

2. Westport entered into a written lease for the real property commonly known as 3200 Bridge Parkway, Suite 202, Redwood City, California, with the Debtor on or about March 10, 2003, which was amended by an "Amendment No. 1 to Lease" dated May 27, 2003 and an "Amendment No. 2 to Lease" dated June 2, 2004 (collectively, the "Lease"). Attached hereto are true and correct copies of the 3200 Bridge Parkway Lease (Exhibit 1), Amendment No.1 to Lease (Exhibit 2), and Amendment No. 2 to Lease (Exhibit 3).

3. The Lease provides that the tenant shall pay monthly Basic Rent on or before the first day of each month. (Schirtzinger Decl., Exhibit 1 at ¶4(a), Exhibit 3 at ¶2.) The prorated Monthly Basic Rent for the Premises is $44,952.82 for the period from March 1, 2005 through March 24, 2005 (Exhibit 3 at ¶2.)

4. In addition to Basic Rent, the Debtor is required to pay as "Additional Rent" the following: taxes (Exhibit 1 at ¶4(D)(a)); common area maintenance charges including landscape, utilities, and miscellaneous charges (Exhibit 1 at ¶4(D)(c));

Case: 05-30145   Doc# 282   Filed: 06/22/05   Entered: 06/22/05 17:40:09   Page 2 of 3

1 reconciliations of common area charges where tenant pays estimated charges monthly
2 (Exhibit 1 at ¶4(D)(d)); and management fees (Exhibit 1 at ¶4(E)).

3     5.    Since the January 20, 2005 petition date, the Debtor has failed to fully pay
4 Basic Rent and Additional Rent under the Lease.

5     6.    Attached hereto as Exhibit 4 is a true and correct copy of a break-down of
6 both Basic and Additional Rent due and owing to Westport under the Lease. Exhibit 4
7 was prepared under my direction, and it accurately states the amounts owed to Westport
8 in the administrative rent period under the Lease, which totals $109,917.92.

9     I declare under penalty of perjury under the laws of the United States of America
10 that the foregoing is true and correct and that this declaration was executed on June 22,
11 2005, at Santa Clara, California.

                                                           /s/ Jeannette Schirtzinger _____
                                                           Jeannette Schirtzinger

3
Declaration of Jeannette Schirtzinger in Support of Request for Payment of Administrative Expense