Christopher Alliotts (CA Bar No. 161302)
Marcus A. Tompkins (CA Bar No. 190922)
**SULMEYER**KUPETZ
A Professional Corporation
1080 Marsh Road, Suite 110
Menlo Park, California 94025
Telephone: 650.326.2245
Facsimile: 650.326.5134

Attorneys for Official Committee of Unsecured Creditors

Van C. Durrer, II (CA Bar No. 226693)
Kurt Ramlo (CA Bar No. 166856)
Glenn Walter (CA Bar No. 220015)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.687.5000
Facsimile: 213.687.5600

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>FIRST VIRTUAL COMMUNICATIONS, INC.,<br><br>Debtor.<br><br>Tax ID No. 77-0357037 | Case No. 05-30145 TEC<br>Case No. 05-30146 TEC<br><br>Jointly Administered Chapter 11 Cases<br><br>**NOTICE OF HEARING ON MOTION TO SUBSTANTIVELY CONSOLIDATE ESTATES OF CHAPTER 11 DEBTORS** |
| In re<br><br>CUseeMe NETWORKS, INC.<br><br>Debtor.<br><br>Tax ID No. 04-3151604 | DATE: November 14, 2005<br>TIME: 9:30 a.m.<br>PLACE: U.S. Bankruptcy Court<br>235 Pine Street,<br>San Francisco, CA 94104<br>JUDGE: Hon. Thomas E. Carlson |

TO: ALL CREDITORS, OFFICE OF THE UNITED STATES TRUSTEE, PARTIES REQUESTING SPECIAL NOTICE AND OTHER PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that a hearing will be held before the United States Bankruptcy Court for the Northern District of California, San Francisco Division, the Honorable Thomas E. Carlson presiding, located at 235 Pine Street, Courtroom 23, San Francisco, California, on November 14, 2005 at 9:30 a.m. (Pacific Time), or as soon thereafter as counsel may be heard, on the motion by the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned cases and First Virtual Communications, Inc. ("FVC") and CUseeMe Networks, Inc. ("CUseeMe") (collectively, the "Debtors") to substantively consolidate the Debtors' Chapter 11 estates.

By the motion, the Committee and the Debtors seeks to substantively consolidate the Chapter 11 estates of FVC and CUseeMe pursuant to 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 1015 for purposes of voting and distributions under and in furtherance of the *First Amended Joint Chapter 11 Plan Of Reorganization* (the "Plan") proposed by the Debtors and the Committee. Hearing on confirmation of the Plan, which expressly contemplates the relief sought by this motion, is scheduled for the same date and time as the hearing on this motion.

The motion is being made for three principal reasons. First, the Debtors and their creditors have dealt with the Debtors as a single economic unit. Second, the affairs of FVC and CUseeMe are so entangled that the cost of attempting to identify and allocate the separate assets and liabilities of FVC and CUseeMe are prohibitive. Third, there would be no corresponding benefit offsetting the cost of such an undertaking.

If granted, substantive consolidation would have three principal effects. First, it will eliminate all the intercompany claims between and among the Debtors and their estates without entitlement to any distribution under the Plan. Second, it will eliminate guaranties of each Debtor against the other; thus, any joint and several liability of either of the Debtors shall be deemed to be one obligation of the substantively consolidated Debtors. Finally, as a result of the substantive consolidation, on the

effective date of the Plan, all property, rights and claims of the Debtors and their estates, and all claims against the Debtors and their estates will be deemed pooled for purposes of allowance, treatment and distribution under the Plan.

**PLEASE TAKE FURTHER NOTICE** that the motion is based on this notice of hearing, the motion, the declaration of Gregory Sterling and the memorandum of points and authorities in support of the motion filed concurrently herewith (the "Motion Documents"), the argument of counsel to be made at the hearing on the motion, the documents on file with the Court in the Debtors' cases, and such other and further evidence that the Court may consider at the hearing. Any party in interest may obtain a copy of the Supporting Documents by submitting a request in writing to counsel for the Committee at the following address: **Sulmeyer**Kupetz, 1080 Marsh Road, Suite 110, Menlo Park, CA 94025, Attn: Christopher Alliotts, Esq., Facsimile Number (650) 326-5134, or at calliotts@sulmeyerlaw.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1, any opposition to the motion must be filed and served upon counsel for the Committee, **Sulmeyer**Kupetz, 1080 Marsh Road, Suite 110, Menlo Park, CA 94025, Attn: Christopher Alliotts, Esq., **by no later than November 9, 2005**. Any opposition must be accompanied by any declarations or memoranda of law that the opposing party wishes to present in support of its position. If there is no timely opposition, the Court may grant the relief requested in the motion by default.

DATED: October 21, 2005

SULMEYERKUPETZ
A Professional Corporation

By: /s/ Christopher Alliotts
Christopher Alliotts
Attorneys for the Official Committee
of Unsecured Creditors