Christopher Alliotts (CA Bar No. 161302)
Marcus A. Tompkins (CA Bar No. 190922)
**SULMEYER**KUPETZ
A Professional Corporation
1080 Marsh Road, Suite 110
Menlo Park, California 94025
Telephone: 650.326.2245
Facsimile: 650.326.5134

Signed and Filed: November 15, 2005

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

Attorneys for Official Committee of Unsecured Creditors

Van C. Durrer, II (CA Bar No. 226693)
Kurt Ramlo (CA Bar No. 166856)
Glenn Walter (CA Bar No. 220015)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.687.5000
Facsimile: 213.687.5600

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>FIRST VIRTUAL COMMUNICATIONS, INC.,<br><br>Debtor. | Case No. 05-30145 TEC<br>Case No. 05-30146 TEC<br><br>Jointly Administered Chapter 11 Cases<br><br>**ORDER SUBSTANTIVELY CONSOLIDATING ESTATES OF CHAPTER 11 DEBTORS** |
| In re<br><br>CUseeMe NETWORKS, INC.,<br><br>Debtor. | DATE: November 14, 2005<br>TIME: 9:30 a.m.<br>PLACE: U.S. Bankruptcy Court<br>235 Pine Street,<br>San Francisco, CA 94104<br>JUDGE: Hon. Thomas E. Carlson |

SulmeyerKupetz, A Professional Corporation
1080 MARSH ROAD, SUITE 110
MENLO PARK, CALIFORNIA 94025
TEL. 650.326.2245 • FAX 650.326.5134

1     A hearing was held on November 14, 2005 at 9:30 a.m. (the "Hearing") on the *Motion to Substantively Consolidate Estates of Chapter 11 Debtors* (the "Motion") filed by First Virtual Communications, Inc. ("FVC") and CUseeMe Networks, Inc. ("CUseeMe," collectively with FVC, the "Debtors"), the debtors in the above-captioned Chapter 11 cases, and the Official Committee of Unsecured Creditors appointed in the Chapter 11 cases (the "Committee"). Appearances of parties at the Hearing were noted on the record. The Court has considered the Motion, as well as the *Declaration of Gregory Sterling in Support of Motion to Substantively Consolidated Estates of Chapter 11 Debtors* (the "Declaration"), the records on file in these Chapter 11 cases and the evidence and argument of counsel presented at the Hearing. Based upon these considerations, the Court, in addition to making findings of fact and conclusions of law stated orally on the record at the Hearing, finds and concludes that substantively consolidating the estates of the Debtors is in the best interests of each estate. Based on these findings of fact and conclusions of law, and good cause appearing therefor, IT IS HEREBY ORDERED, AND NOTICE IS HEREBY GIVEN, THAT:

    1.     All assets of FVC and CUseeMe shall be deemed merged and treated as though they were held by a single entity, and all liabilities of FVC and CUseeMe shall be treated as though they were owed by a single entity, for all purposes related to the *First Amended Joint Chapter 11 Plan of Reorganization* or any other proposed plan of reorganization (each a "Plan"), including, but not limited to, voting, confirmation, and distribution. No distributions shall be made under the Plan on account of any Intercompany Claim. Any and all obligations of FVC arising from guarantees of CUseeMe's liabilities, and any and all obligations of CUseeMe arising from guarantees of FVC's liabilities, shall be deemed eliminated so that any Claim against one of the Debtors and any guarantee thereof executed by the other Debtor and any joint or several liability of any of the Debtors shall be deemed to be one obligation of the consolidated Debtors, and each and every Claim filed or to be filed in the Chapter 11 Cases shall be deemed filed against the consolidated Debtors. Such substantive consolidation shall not (other

than for purposes related to the Plan) affect the legal and corporate structures of the Debtors.

    2.    <u>Effectiveness of Order</u>. Notwithstanding Bankruptcy Rules 3020(e) or 7062 or any other provision of the Bankruptcy Code and Bankruptcy Rules, this Order shall be effective immediately upon its entry.

APPROVED AS TO FORM:

**SULMEYERKUPETZ**
A Professional Corporation

By: /s/ Christopher Alliotts
     Christopher Alliotts
     Attorneys for the Official Committee
        of Unsecured Creditors


**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
A Professional Corporation

By: /s/ Van C. Durrer
     Van C. Durrer
     Kurt Ramlo
     Melissa T. Kahn
     Attorneys for the First Virtual Communications,
        Inc. and CUseeMe Networks, Inc.,
        Debtors and Debtors in Possession


**LEVENE, NEAL, BENDER, RANKIN & BRILL LLP**
A Professional Corporation

By: /s/ Martin J. Brill
     Martin J. Brill
     Attorneys for U.S. Dry Cleaning Corp.

*** END OF ORDER ***

# COURT SERVICE LIST

(Special Notice Party)
Argo Partners
ATTN: Matthew Gold
12 West 37th Street, 9th Floor
New York, NY 10018

(Special Notice Party)
Becket and Lee, LLP
ATTN: Gilbert B. Weisman
(Counsel to American Express Travel Related Svcs Co Inc Corp Card)
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355-0701

(Special Notice Party)
Bingham McCutchen LLP
ATTN: Randy Michelson, Esq.
ATTN: David Fallek, Esq.
ATTN: Alison Wauk, Esq.
(Counsel to DIP Lender)
Three Embarcadero Center, Suite 1800
San Francisco, CA 94111

(Special Notice Party)
Carter Ledyard & Milburn LLP
ATTN: James Gadsden
(Counsel to Radvision)
2 Wall Street
New York, NY 10005

(Special Notice Party)
Contrarian Funds, LLC
ATTN: Alisa Mumola
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830

(Special Notice Party)
Cooley Godward LLP
ATTN: J. Michael Kelly
101 California Street, 5th Floor
San Francisco, CA 94111

| | |
|---|---|
| 1 | (Debtor)<br>CUseeMe Networks, Inc.<br>3200 Bridge Parkway, Suite 202<br>Redwood City, CA 94065 |
| 2 | |
| 3 | |
| 4 | (Debtor)<br>First Virtual Communications, Inc.<br>ATTN: Jonathan G. Morgan<br>303 Twin Dolphin Drive, 6th Floor<br>Redwood City, CA 94065 |
| 5 | |
| 6 | |
| 7 | |
| 8 | (Special Notice Party)<br>Foster Pepper & Shefelman PLLC<br>ATTN: Jack Cullen, Esq.<br>(Counsel for Vulcan, Inc.)<br>1111 Third Avenue, Suite 3400<br>Seattle, WA 98101-3299 |
| 9 | |
| 10 | |
| 11 | |
| 12 | (Special Notice Party)<br>Friedman, Kaplan, Seiler & Adelman LLP<br>ATTN: David I. Tanenbaum<br>(Counsel to Gordian)<br>1633 Broadway, 46th Floor<br>New York, NY 10019 |
| 13 | |
| 14 | |
| 15 | |
| 16 | (Special Notice Party)<br>Fulbright & Jaworski LLP<br>ATTN: David L. Barrack, Esq.<br>ATTN: Henry G. Burnett, Esq.<br>(Counsel to AT&T)<br>666 Fifth Avenue<br>New York, NY 10103 |
| 17 | |
| 18 | |
| 19 | |
| 20 | (Special Notice Party)<br>Gordian Group, LLC<br>ATTN: Peter S. Kaufman<br>499 Park Avenue<br>New York, NY 10022 |
| 21 | |
| 22 | |
| 23 | |
| 24 | (Counsel to Silicon Valley Bank - Secured Creditor)<br>Hopkins & Carley<br>ATTN: Stephen J. Kottmeier, Esq.<br>70 South First Street<br>San Jose, CA 95113-2406 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | (Special Notice Party)<br>IKON Financial Services |
| 2 | ATTN: Rosa Dominy<br>Bankrutpcy Administrtion |
| 3 | 1738 Bass Road<br>P.O. Box 13708 |
| 4 | Macon, GA 31208-3708 |
| 5 | |
| 6 | (Counsel to Huron Consulting Group, LLC - Secured Creditor)<br>Latham & Watkins LLP |
| 7 | ATTN: Caroline A. Reckler<br>Sears Tower, Suite 5800 |
| 8 | 233 S. Wacker Dr<br>Chicago, IL 60606 |
| 9 | |
| 10 | (Special Notice Party)<br>LeBoeuf, Lamb, Greene & McRae LLP |
| 11 | ATTN: Bennett G. Young<br>(Counsel to France Telecom) |
| 12 | One Embarcadero Center, Suite 400<br>San Francisco, CA 94111-3619 |
| 13 | |
| 14 | (U.S. Dry Cleaning Corp.)<br>Levene, Neal, Bender, Rankin & Brill LLP |
| 15 | ATTN: Martin Brill<br>1801 Avenue of the Stars, Suite 1120 |
| 16 | Los Angeles, CA 90067 |
| 17 | (Special Notice Party)<br>Nancy F. Lotus |
| 18 | Assistant County Attorney<br>12000 Government Center Parkway |
| 19 | Suite 549<br>Fairfax, VA 22035 |
| 20 | |
| 21 | (Special Notice Party)<br>McGrane, Greenfield, Hannon, Harrington LLP |
| 22 | ATTN: Bernard S. Greenfield<br>(Counsel to Westport Joint Venture) |
| 23 | 40 South Market Street, 2nd Floor<br>San Jose, CA 95113 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | (Special Notice Party)<br>McGrane, Greenfield, Hannon & Harrington LLP |
| 2 | ATTN: Maureen A. Harrington<br>(Counsel to Westport Joint Venture) |
| 3 | One Ferry Building, Suite 220<br>San Francisco, CA 94111 |
| 4 | |
| 5 | (Secured Creditor)<br>Morrison and Foerster LLP |
| 6 | ATTN: Adam A. Lewis<br>425 Market Street |
| 7 | San Francisco, CA 94105 |
| 8 | |
| 9 | (Special Notice Party)<br>Murray & Murray<br>ATTN: John Walshe Murray, Esq. |
| 10 | (Counsel to Polycom, Inc.)<br>A Professional Corporation |
| 11 | 19330 Stevens Creek Boulevard<br>Cupertino, CA 95014-2526 |
| 12 | |
| 13 | (Special Notice Party)<br>Office of the County Attorney |
| 14 | Fairfax County<br>ATTN: David P. Bobzien |
| 15 | 12000 Government Center Parkway<br>Suite 549 |
| 16 | Fairfax, VA  22035 |
| 17 | |
| 18 | (Special Notice Party)<br>Office of the Texas Attorney General<br>ATTN: Jay Hurst |
| 19 | Assistant Attorney General<br>Bankruptcy & Collections Division |
| 20 | P.O. Box 12548<br>Austin, TX 78711-2548 |
| 21 | |
| 22 | Office of the US Trustee<br>ATTN: Patricia Cutler |
| 23 | 235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| 1  | (Special Notice Party)<br>Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. |
|----|---|
| 2  | ATTN: Tobias S. Keller, Esq.<br>(Counsel to Gordian) |
| 3  | Three Embarcadero Center, Suite 1020<br>San Francisco, CA 90017 |
| 4  | |
| 5  | (Special Notice Party)<br>Primeshares |
| 6  | 60 Madison Avenue, 2d Floor<br>New York, NY 10011-1600 |
| 7  | |
| 8  | (Special Notice Party)<br>Sherman & Sterling LLP |
| 9  | ATTN: Steven E. Sherman, Esq.<br>ATTN: Patrick D. Robbins, Esq. |
| 10 | (Counsel to Inter Open Int'l Ltd., Widyati Widjaja, Bing Liao)<br>525 Market Street, Suite 1500 |
| 11 | San Francisco, CA 94105 |
| 12 | |
| 13 | (Debtors' Attorneys)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>ATTN: Kayalyn A. Marafioti |
| 14 | Four Times Square<br>New York, NY 10036-6522 |
| 15 | |
| 16 | (Debtors' Attorneys)<br>Skadden, Arps, Slate, Meagher & Flom LLP |
| 17 | ATTN: Van C. Durrer, II<br>300 South Grand Avenue, Suite 3400 |
| 18 | Los Angeles, CA 90071 |
| 19 | |
| 20 | (Counsel to Creditors Committee)<br>Sulmeyer Kupetz<br>A Professional Corporation |
| 21 | ATTN: Chris Alliotts<br>1080 Marsh Road, Suite 110 |
| 22 | Menlo Park, CA 94025 |
| 23 | |
| 24 | (Special Notice Party)<br>Peter L. Thottam, Esq.<br>UCLA Anderson, MBA Candidate 2006 |
| 25 | 6230 Wilshire Blvd., #2000<br>Los Angeles, CA 90048 |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | (Special Notice Party)<br>U.S. Securities and Exchange Commission |
| 2 | ATTN: Sandra W. Lavigna<br>5670 Wilshire Blvd., 11th Floor |
| 3 | Los Angeles, CA 90036 |
| 4 | |
| 5 | (Special Notice Party)<br>Winston & Strawn LLP |
| 6 | ATTN: Richard M. Adler<br>(Counsel to RADVISION Ltd.) |
| 7 | 101 California Street, Suite 3900<br>San Francisco, CA 94111-5802 |