**VANDERHOFF LAW GROUP**
Alan Vanderhoff, Esq. (Cal. Bar No. 138032)
Jeanne Courtney Vanderhoff, Esq. (Cal. Bar No. 138011)
701 B Street, Suite 1000
San Diego, CA 92101
alan.vanderhoff@pacbell.net
Telephone: (619) 299-2050
Facsimile: (619) 239-6554

**LOWENSTEIN SANDLER PC**
James P. Berg, Esq.
65 Livingston Avenue
Roseland, NJ 07068-1791
Telephone: (973) 597-2500

**Attorneys for AT&T Corporation**

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>FIRST VIRTUAL COMMUNICATIONS, INC.,<br><br>                  Debtor.<br><br>In re:<br><br>CUSEEME NETWORKS, INC.,<br><br>                  Debtor. | Case No. 05-30145-TEC<br>Case No. 05-30146-TEC<br>Chapter 11<br>(Jointly Administered)<br><br>**MOTION OF AT&T CORP. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §503(b)**<br><br>Date: January 30, 2006<br>Time: 9:30 a.m.<br>Place: US Bankruptcy Court<br>       235 Pine Street<br>       San Francisco, CA 94104<br>Judge: Hon. Thomas E. Carlson |

AT&T Corp. ("AT&T"), by and through its undersigned counsel, respectfully

submits this request for allowance and payment of its administrative expense claim against

First Virtual Communications, Inc., and CUseeMe Networks, Inc., (the "Debtors"), in the total amount of $88,196.30 for unpaid charges for telecommunications services provided to the Debtors by AT&T during the post-bankruptcy petition period.

## BACKGROUND

AT&T is in the business of selling various telecommunications services and products. On January 20, 2005 (the "Petition Date"), the Debtors commenced this proceeding by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. During the course of the chapter 11 case, AT&T has continued to provide telecommunications services to Debtors for which Debtors has not paid. AT&T invoiced the Debtors for all telecommunications services.

As of the date of this motion, the unpaid post-petition charges for AT&T's services is $88,196.30. (See Exhibit "A".) These charges are associated with telecommunication services provided by AT&T to the Debtors under Account No.171 786 847 6823 and Account No. 210016999269.

## JURISDICTION AND VENUE

The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this chapter 11 case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

AT&T seeks the entry of an Order allowing AT&T's Administrative Expense Claim, and directing the Debtors to immediately pay AT&T in the amount of $88,196.30.

## LEGAL ARGUMENT

Pursuant to 11 U.S.C. §503(b), AT&T is entitled to receive payment for post-petition utility services rendered as an administrative expense claim. Section 503(a) and (b) provide as follows:

> (a) An entity may timely file a request for payment of an administrative expense, or may tardily file such request if permitted by the court for cause

2

(b) After notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under section 502(1) of this title, including- 1(A) the actual, necessary costs and expenses of preserving the estate, including wages, salaries, or commissions for services rendered after the commencement of the case.

A claim is entitled to administrative expense claim status if it arose from a transaction with the bankruptcy estate and directly and substantially benefited the estate.  In re Sunarhauserman, Inc., 126 F.3d 811, 816 (6th Cir. 1997)(citing In re White Motor Corp., 831 F.2d 106, 110 (6th Cir. 1987)).

Under the first prong (i.e., whether AT&T's claim arose from a "transaction with the bankruptcy estate") the issue is whether "the consideration for the claim was received during the post-petition period."  Id. at 861.  Here, there is no dispute that the telecommunications services at issue were provided during the post-bankruptcy period, as evidenced by the relevant invoices.  "Transactions in the ordinary course of business of the debtors-in-possession create expenses of administration."  See In re Crystal Apparel, Inc., 220 B.R. 816, 830 (Bankr. S.D.N.Y. 1998).

Under the second prong (i.e., whether the Debtors "directly and substantially benefited" from the "consideration") the issue is whether the telecommunications services provided by AT&T assisted in the preservation and operations of the Debtors after the petition date.  In re Sunarhauserman, 126 F.3d at 816.  The services provided to the Debtors by AT&T are necessary and essential for the continuation of the Debtors' business and for the preservation of the estate.  Therefore, AT&T's right to payment for such services is unquestionable.  See 5 COLLIER ON BANKRUPTCY ¶ 503.3[4] and ¶503.06 (15th ed. 1998).

For the foregoing reasons, AT&T is entitled to the immediate payment of $88,196.30 as an allowed administrative expense claim.  AT&T reserves its right to file additional motions to compel payment and/or to file administrative claims as additional amounts are discovered.

## NOTICE AND OTHER ISSUES

3

Notice has been provided to (a) the Liquidating Trustee, (b) counsel for the Official Creditors Committee, and (c) the United States Trustee.

No novel issue of law is presented with respect to the matters contained herein; therefore, AT&T requests that the requirement of a memorandum of law be waived. However, AT&T does not waive its right to submit a memorandum of law in reply to an opposition.

No previous request for the relief sought in this motion has been made to this or any other Court.

**WHEREFORE**, AT&T respectfully requests that the Court enter an Order (1) allowing AT&T's Administrative Expense Claim in the amount of $88,196.30; (2) compelling the Debtors to make immediate payment to AT&T in the amount of $88,196.30; and (3) granting such other and further relief as this Court deems just and appropriate.

Dated: December 19, 2005

VANDERHOFF LAW GROUP

By: /s/ Alan Vanderhoff
ALAN VANDERHOFF, ESQ.
701 B Street, Suite 1000
San Diego, CA 92101
alan.vanderhoff@pacbell.net
(619)299-2050

- and -

LOWENSTEIN SANDLER PC
James P. Berg, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

Attorneys for AT&T Corp.

4

# EXHIBIT A

| 1717868476823 | | | DOF 1/20/05 | | |
|---|---|---|---|---|---|
| **BILL DATE** | **CURRENT CHARGES** | **PMTS RCVD** | **ADJS RCVD** | **BALANCE DUE** | |
| 1/20/05-2/11/05 | $ 6,259.17 | | | $ 6,259.17 | |
| 3/11/2005 | $ 8,523.56 | | | $ 14,782.73 | |
| 4/11/2005 | $ 7,275.90 | $ (16,222.06) | | $ 5,836.57 | |
| 5/11/2005 | $ 6,005.75 | | | $ 11,842.32 | |
| 6/11/2005 | $ 2,401.41 | $ (452.73) | | $ 13,791.00 | |
| 7/11/2005 | $ 3,981.79 | $ (417.49) | | $ 17,355.30 | |
| 8/11/2005 | $ 4,015.68 | | | $ 21,370.98 | |
| 9/11/2005 | $ 2,032.11 | | | **$ 23,403.09** | |

 **AT&T**

**FIRST VIRTUAL CORPORATION**
3200 BRIDGE PKWY STE 202
REDWOOD CITY,CA,940651169

| | |
|---|---|
| Account Number: | 171-786-8476 823 |
| Invoice Number: | 2393872005 |
| Bill Period: | Jan 11 - Feb 10, 2005 |
| **Invoice Date:** | **Feb 11, 2005** |
| AT&T Tax ID: | 13-4924710 |

## AT&T Business Services

For Billing Inquiries:   1 800 358-1111

### SUMMARY OF CHARGES

| | | |
|---|---|---|
| ACCOUNT / GROUP CHARGES | $ | 52.75 |
| OUTBOUND | | 1,527.85 |
| TOLL-FREE | | 339.13 |
| LOCAL | | 3,538.02 |
| PRIVATE LINE SERVICES | | 1,288.19 |
| REGULATORY FEES | | 952.56 |
| **TOTAL CURRENT CHARGES** | **$** | **7,698.50** |

### ACCOUNT STATUS

| | | |
|---|---|---|
| PREVIOUS BALANCE | $ | 22,434.39 |
| TOTAL CURRENT CHARGES | | 7,698.50 |

*pre $23,873.72*
*post $6,259.17*

| | |
|---|---|
| **TOTAL AMOUNT DUE** | $   30,132.89 |
| **PAYMENT DUE DATE** | UPON RECEIPT |

(These totals include all applicable charges, discounts, and taxes.)

### *** IMPORTANT NEWS ABOUT YOUR ACCOUNT ***

The **TOTAL DISCOUNT AMOUNT**   for your account is equal to   $ 2,178.01.

The **TOTAL AMOUNT OF WAIVED CHARGES** for your account is equal to $67.50ì.

**\*Important News Continued on page 3\***

**PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT.
PLEASE MAKE SURE THAT THE AT&T P.O. BOX ADDRESS IS SHOWING THROUGH THE ENVELOPE WINDOW.**

**AT&T**
Return Mail Center
PO BOX 16740
Mesa, AZ 85201

**TO ENSURE PROPER CREDIT, PLEASE DETACH
BOTTOM PORTION AND RETURN WITH REMITTANCE.**

-------------------------------------------------------------

 **AT&T**

If name, address, or telephone number
has changed, please call Customer Care
at  1 800 358-1111    or check box below
and print new information on reverse side.

☐

| | |
|---|---|
| Account Number: | 171-786-8476 823 |
| Invoice Number: | 2393872005 |
| Invoice Date: | Feb 11, 2005 |
| Payment Due Date: | UPON RECEIPT |
| **Total Amount Due:** | $   30,132.89 |
| **Amount Enclosed:** | $ |

Please Send Payments to:

#BWNGHNK
#17178684768232#  000000000 0000000000  0000000000 N80

**FIRST VIRTUAL CORPORATION**
3200 BRIDGE PKWY STE 202
REDWOOD CITY,CA,940651169

**AT&T**
P.O. Box 78045
Phoenix, AZ 85062-8045

17178684768232393872005008200000301328900007698507

Exhibit A
Case: 05-30145   Doc# 367   Filed: 12/19/05   Entered: 12/19/05 15:23:49   Page 7 of 59



**AT&T**

**FIRST VIRTUAL CORPORATION**
3200 BRIDGE PKWY STE 202
REDWOOD CITY,CA,940651169

| Account Number: | 171-786-8476 823 |
|---|---|
| Invoice Number: | 1294182000 |
| Bill Period: | Feb 11 - Mar 10, 2005 |
| **Invoice Date:** | **Mar 11, 2005** |
| AT&T Tax ID: | 13-4924710 |

## AT&T Business Services

**For Billing Inquiries:   1 800 358-1111**

| SUMMARY OF CHARGES | | | ACCOUNT STATUS | | |
|---|---|---|---|---|---|
| ACCOUNT / GROUP CHARGES | $ | 52.75 | PREVIOUS BALANCE | $ | 30,132.89 |
| OUTBOUND | | 2,365.98 | TOTAL CURRENT CHARGES | | 8,523.56 |
| TOLL-FREE | | 315.94 | | | |
| LOCAL | | 3,453.90 | | | |
| PRIVATE LINE SERVICES | | 1,288.19 | | | |
| REGULATORY FEES | | 1,046.80 | | | |
| **TOTAL CURRENT CHARGES** | **$** | **8,523.56** | | | |
| | | | **TOTAL AMOUNT DUE** | **$** | **38,656.45** |
| | | | **PAYMENT DUE DATE** | | **UPON RECEIPT** |

(These totals include all applicable charges, discounts, and taxes.)

### *** IMPORTANT NEWS ABOUT YOUR ACCOUNT ***

The **TOTAL DISCOUNT AMOUNT**   for your account is equal to    $ 2,901.60.

The **TOTAL AMOUNT OF WAIVED CHARGES** for your account is equal to $67.50ì.

### *Important News Continued on page 3*

**PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT.**
**PLEASE MAKE SURE THAT THE AT&T P.O. BOX ADDRESS IS SHOWING THROUGH THE ENVELOPE WINDOW.**

**AT&T**
Return Mail Center
PO BOX 16740
Mesa, AZ 85201

**TO ENSURE PROPER CREDIT, PLEASE DETACH BOTTOM PORTION AND RETURN WITH REMITTANCE.**

------------------------------------------------------------------



**AT&T**

If name, address, or telephone number
has changed, please call Customer Care
at  1 800 358-1111    or check box below
and print new information on reverse side.

☐

| Account Number: | 171-786-8476 823 |
|---|---|
| Invoice Number: | 1294182000 |
| Invoice Date: | Mar 11, 2005 |
| Payment Due Date: | UPON RECEIPT |
| **Total Amount Due:** | **$   38,656.45** |
| **Amount Enclosed:** | **$** |

#BWNGHNK
#171786847682232#  000000000 0000000000  0000000000 N80

Please Send Payments to:

**FIRST VIRTUAL CORPORATION**
3200 BRIDGE PKWY STE 202
REDWOOD CITY,CA,940651169

**AT&T**
P.O. Box 78045
Phoenix, AZ 85062-8045

17178684768231294182000008200003865450000852363

Case: 05-30145    Doc# 367    Filed: 12/19/05    Entered: 12/19/05 15:23:49    Page 8 of 59

Exhibit A



**FIRST VIRTUAL CORPORATION**
3200 BRIDGE PKWY STE 202
REDWOOD CITY,CA,940651169

| | |
|---|---|
| Account Number: | 171-786-8476 823 |
| Invoice Number: | 6335482004 |
| Bill Period: | Mar 11 - Apr 10, 2005 |
| **Invoice Date:** | **Apr 11, 2005** |
| AT&T Tax ID: | 13-4924710 |

Page 1

## AT&T Business Services

For Billing Inquiries: 1 800 358-1111

| SUMMARY OF CHARGES | | | ACCOUNT STATUS | | |
|---|---|---|---|---|---|
| ACCOUNT / GROUP CHARGES | $ | 52.75 | PREVIOUS BALANCE | $ | 38,656.45 |
| OUTBOUND | | 1,267.27 | PAYMENT RECEIVED 03-27-2005 | | 16,222.06ì |
| TOLL-FREE | | 353.11 | TOTAL CURRENT CHARGES | | 7,275.90 |
| LOCAL | | 3,376.16 | | | |
| PRIVATE LINE SERVICES | | 1,288.19 | | | |
| REGULATORY FEES | | 938.42 | | | |
| **TOTAL CURRENT CHARGES** | **$** | **7,275.90** | | | |
| | | | **TOTAL AMOUNT DUE** | **$** | **29,710.29** |
| | | | **PAYMENT DUE DATE** | | **UPON RECEIPT** |

(These totals include all applicable charges, discounts, and taxes.)

### *** IMPORTANT NEWS ABOUT YOUR ACCOUNT ***

The **TOTAL DISCOUNT AMOUNT**  for your account is equal to     $ 1,936.44.

The **TOTAL AMOUNT OF WAIVED CHARGES** for your account is equal to $150.00ì.

### *Important News Continued on page 3*

**PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT.**
**PLEASE MAKE SURE THAT THE AT&T P.O. BOX ADDRESS IS SHOWING THROUGH THE ENVELOPE WINDOW.**

**AT&T**
Return Mail Center
PO BOX 16740
Mesa, AZ 85201

**TO ENSURE PROPER CREDIT, PLEASE DETACH
BOTTOM PORTION AND RETURN WITH REMITTANCE.**

--------------------------------------------------------



If name, address, or telephone number
has changed, please call Customer Care
at  1 800 358-1111    or check box below
and print new information on reverse side.

☐

| | |
|---|---|
| Account Number: | 171-786-8476 823 |
| Invoice Number: | 6335482004 |
| Invoice Date: | Apr 11, 2005 |
| Payment Due Date: | UPON RECEIPT |
| **Total Amount Due:** | $  29,710.29 |
| **Amount Enclosed:** | $ |

#BWNGHNK
#17178684768232#  000000000 0000000000  0000000000 N80
**FIRST VIRTUAL CORPORATION**
3200 BRIDGE PKWY STE 202
REDWOOD CITY,CA,940651169

Please Send Payments to:

**AT&T**
P.O. Box 78045
Phoenix, AZ 85062-8045

17178684768236335482004008200000297102900007275904

Exhibit A



FIRST VIRTUAL CORPORATION
3200 BRIDGE PKWY STE 202
REDWOOD CITY,CA,940651169

| | |
|---|---|
| Account Number: | 171-786-8476 823 |
| Invoice Number: | 6092563606 |
| Bill Period: | Apr 11 - May 10, 2005 |
| **Invoice Date:** | **May 11, 2005** |
| AT&T Tax ID: | 13-4924710 |

Page 1

## AT&T Business Services

For Billing Inquiries: 1 800 358-1111

### SUMMARY OF CHARGES

| | | |
|---|---|---|
| ACCOUNT / GROUP CHARGES | $ | 52.75 |
| OUTBOUND | | 217.27 |
| TOLL-FREE | | 261.51 |
| LOCAL | | 3,368.22 |
| PRIVATE LINE SERVICES | | 1,288.19 |
| REGULATORY FEES | | 817.81 |
| **TOTAL CURRENT CHARGES** | **$** | **6,005.75** |

### ACCOUNT STATUS

| | | |
|---|---|---|
| PREVIOUS BALANCE | $ | 29,710.29 |
| TOTAL CURRENT CHARGES | | 6,005.75 |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE** | $ | 35,716.04 |
| **PAYMENT DUE DATE** | | UPON RECEIPT |

(These totals include all applicable charges, discounts, and taxes.)

### *** IMPORTANT NEWS ABOUT YOUR ACCOUNT ***

The **TOTAL DISCOUNT AMOUNT**  for your account is equal to    $ 852.44.

The **TOTAL AMOUNT OF WAIVED CHARGES** for your account is equal to $60.00ì.

#### *Important News Continued on page 3*

**PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT.
PLEASE MAKE SURE THAT THE AT&T P.O. BOX ADDRESS IS SHOWING THROUGH THE ENVELOPE WINDOW.**

**AT&T**
Return Mail Center
PO BOX 16740
Mesa, AZ 85201

**TO ENSURE PROPER CREDIT, PLEASE DETACH
BOTTOM PORTION AND RETURN WITH REMITTANCE.**

-------------------------------------------------



If name, address, or telephone number
has changed, please call Customer Care
at 1 800 358-1111    or check box below
and print new information on reverse side.

☐

| | |
|---|---|
| Account Number: | 171-786-8476 823 |
| Invoice Number: | 6092563606 |
| Invoice Date: | May 11, 2005 |
| Payment Due Date: | UPON RECEIPT |
| **Total Amount Due:** | $ 35,716.04 |
| **Amount Enclosed:** | $ |

#BWNGHNK
#17178684768232#  000000000 0000000000  0000000000 N80
||ı|ı||ıı|ıı||ı||ı||ıı|ıı|ı|ı||ı|ı||ıı|ıı||ıı||ı|ı|
**FIRST VIRTUAL CORPORATION**
3200 BRIDGE PKWY STE 202
REDWOOD CITY,CA,940651169

Please Send Payments to:

||ı|ı||ı||ıı||ıı|ıı|ıı||ıı||ı|ıı|ıı||ı|ı||ıı||ı||ı|

**AT&T**
P.O. Box 78045
Phoenix, AZ 85062-8045

1717868476823609256360604820000035716040000600 5754

Exhibit A



| **FIRST VIRTUAL CORPORATION** | | Account Number: | 171-786-8476 823 |
| 3200 BRIDGE PKWY STE 202 | | Invoice Number: | 2138192006 |
| REDWOOD CITY,CA,940651169 | | Bill Period: | May 11 - Jun 10, 2005 |
| | | **Invoice Date:** | **Jun 11, 2005** |
| | | AT&T Tax ID: | 13-4924710 |

Page 1

## AT&T Business Services

**For Billing Inquiries:  1 800 358-1111**

| SUMMARY OF CHARGES | | | ACCOUNT STATUS | | |
|---|---|---|---|---|---|
| ACCOUNT / GROUP CHARGES | $ | 52.75 | PREVIOUS BALANCE | $ | 35,716.04 |
| OUTBOUND | | 44.37 | PAYMENT RECEIVED   06-11-2005 | | 452.73ì |
| TOLL-FREE | | 109.17ì | TOTAL CURRENT CHARGES | | 2,401.41 |
| LOCAL | | 3,368.22 | | | |
| PRIVATE LINE SERVICES | | 1,554.74ì | | | |
| REGULATORY FEES | | 599.98 | | | |
| **TOTAL CURRENT CHARGES** | **$** | **2,401.41** | | | |
| | | | **TOTAL AMOUNT DUE** | **$** | **37,664.72** |
| | | | **PAYMENT DUE DATE** | | **UPON RECEIPT** |

(These totals include all applicable charges, discounts, and taxes.)

### *** IMPORTANT NEWS ABOUT YOUR ACCOUNT ***

The **TOTAL DISCOUNT AMOUNT**   for your account is equal to    **$ 54.28.**

The **TOTAL AMOUNT OF WAIVED CHARGES** for your account is equal to $60.00ì.

### *Important News Continued on page 3*

**PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT.
PLEASE MAKE SURE THAT THE AT&T P.O. BOX ADDRESS IS SHOWING THROUGH THE ENVELOPE WINDOW.**

**AT&T**
Return Mail Center
PO BOX 16740
Mesa, AZ 85201

**TO ENSURE PROPER CREDIT, PLEASE DETACH
BOTTOM PORTION AND RETURN WITH REMITTANCE.**

------------------------------------------------------------



If name, address, or telephone number
has changed, please call Customer Care
at  1 800 358-1111    or check box below
and print new information on reverse side.

☐

| | Account Number: | 171-786-8476 823 |
| | Invoice Number: | 2138192006 |
| | Invoice Date: | Jun 11, 2005 |
| | Payment Due Date: | UPON RECEIPT |
| | **Total Amount Due:** | **$   37,664.72** |
| | **Amount Enclosed:** | **$** |

#BWNGHNK
#17178684768232#  000000000 0000000000  0000000000 N80

‖I‖II‖I‖II‖III‖II‖I‖I‖II‖II‖II‖I‖II‖II‖I‖II‖

**FIRST VIRTUAL CORPORATION**
3200 BRIDGE PKWY STE 202
REDWOOD CITY,CA,940651169

Please Send Payments to:

‖I‖I‖II‖II‖I‖II‖II‖II‖III‖I‖II‖II‖II‖I‖II‖II‖I‖II‖

**AT&T**
P.O. Box 78045
Phoenix, AZ 85062-8045

17178684768232138192006008200000376647200002401410

Case: 05-30145     Doc# 367     Filed: 12/19/05     Entered: 12/19/05 15:23:49     Page 11 of
59

Exhibit A

 **AT&T**

FIRST VIRTUAL CORPORATION
3200 BRIDGE PKWY STE 202
REDWOOD CITY,CA,940651169

| | |
|---|---|
| Account Number: | 171-786-8476 823 |
| Invoice Number: | 6020492003 |
| Bill Period: | Jun 11 - Jul 10, 2005 |
| **Invoice Date:** | **Jul 11, 2005** |
| AT&T Tax ID: | 13-4924710 |

## AT&T Business Services

**For Billing Inquiries:  1 800 358-1111**

| SUMMARY OF CHARGES | | | ACCOUNT STATUS | | |
|---|---|---|---|---|---|
| ACCOUNT / GROUP CHARGES | $ | 52.89 | PREVIOUS BALANCE | $ | 37,664.72 |
| TOLL-FREE | | 33.89ì | PAYMENTS RECEIVED | | 417.49ì |
| LOCAL | | 3,368.22 | TOTAL CURRENT CHARGES | | 3,981.79 |
| REGULATORY FEES | | 594.57 | | | |
| **TOTAL CURRENT CHARGES** | **$** | **3,981.79** | | | |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE** | **$** | **41,229.02** |
| **PAYMENT DUE DATE** | | **UPON RECEIPT** |

(These totals include all applicable charges, discounts, and taxes.)

### *** IMPORTANT NEWS ABOUT YOUR ACCOUNT ***

The **TOTAL DISCOUNT AMOUNT**   for your account is equal to      **$ 50.00.**

The **TOTAL AMOUNT OF WAIVED CHARGES for your account is equal to $60.00ì.**

### *Important News Continued on page 3*

**PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT.
PLEASE MAKE SURE THAT THE AT&T P.O. BOX ADDRESS IS SHOWING THROUGH THE ENVELOPE WINDOW.**

**AT&T**
Return Mail Center
PO BOX 16740
Mesa, AZ 85201

**TO ENSURE PROPER CREDIT, PLEASE DETACH
BOTTOM PORTION AND RETURN WITH REMITTANCE.**

------------------------------------------------------------

 **AT&T**

If name, address, or telephone number
has changed, please call Customer Care
at  1 800 358-1111    or check box below
and print new information on reverse side.

☐

| | |
|---|---|
| Account Number: | 171-786-8476 823 |
| Invoice Number: | 6020492003 |
| Invoice Date: | Jul 11, 2005 |
| Payment Due Date: | UPON RECEIPT |
| **Total Amount Due:** | $   **41,229.02** |
| **Amount Enclosed:** | $ |

#BWNGHNK
#17178684768232#  000000000 0000000000   0000000000 N80
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**FIRST VIRTUAL CORPORATION**
3200 BRIDGE PKWY STE 202
REDWOOD CITY,CA,940651169

Please Send Payments to:

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**AT&T**
P.O. Box 78045
Phoenix, AZ 85062-8045

1717868476823602049200300820000041229020000398179ɜ

Exhibit A

Case: 05-30145    Doc# 367    Filed: 12/19/05    Entered: 12/19/05 15:23:49    Page 12 of
59

 **AT&T**

**FIRST VIRTUAL CORPORATION**
303 TWIN DOLPHIN DR FL 6
FL 6
REDWOOD CITY,CA,940651497

| | |
|---|---|
| **Account Number:** | **171-786-8476 823** |
| Invoice Number: | 7767103002 |
| Bill Period: | Jul 11 - Aug 10, 2005 |
| **Invoice Date:** | **Aug 11, 2005** |
| AT&T Tax ID: | 13-4924710 |

Page 1

## AT&T Business Services

For Billing Inquiries: 1 800 358-1111

| SUMMARY OF CHARGES | | | ACCOUNT STATUS | | |
|---|---|---|---|---|---|
| ACCOUNT / GROUP CHARGES | $ | 52.89 | PREVIOUS BALANCE | $ | 41,229.02 |
| LOCAL | | 3,368.22 | TOTAL CURRENT CHARGES | | 4,015.68 |
| REGULATORY FEES | | 594.57 | | | |
| **TOTAL CURRENT CHARGES** | **$** | **4,015.68** | | | |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE** | **$** | **45,244.70** |
| **PAYMENT DUE DATE** | | **UPON RECEIPT** |

(These totals include all applicable charges, discounts, and taxes.)

### *** IMPORTANT NEWS ABOUT YOUR ACCOUNT ***

The **TOTAL DISCOUNT AMOUNT** for your account is equal to $ 50.00.

The **TOTAL AMOUNT OF WAIVED CHARGES for your account is equal to $60.00ì.**

### *Important News Continued on page 3*

**PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT.
PLEASE MAKE SURE THAT THE AT&T P.O. BOX ADDRESS IS SHOWING THROUGH THE ENVELOPE WINDOW.**

**AT&T**
Return Mail Center
PO BOX 16740
Mesa, AZ 85201

**TO ENSURE PROPER CREDIT, PLEASE DETACH
BOTTOM PORTION AND RETURN WITH REMITTANCE.**

-------------------------------------------------------------------

 **AT&T**

If name, address, or telephone number
has changed, please call Customer Care
at 1 800 358-1111 or check box below
and print new information on reverse side.

☐

| | |
|---|---|
| Account Number: | 171-786-8476 823 |
| Invoice Number: | 7767103002 |
| Invoice Date: | Aug 11, 2005 |
| Payment Due Date: | UPON RECEIPT |
| **Total Amount Due:** | **$ 45,244.70** |
| **Amount Enclosed:** | **$** |

#BWNGHNK
#17178684768232# 000000000 0000000000 0000000000 N80

Please Send Payments to:

**FIRST VIRTUAL CORPORATION**
303 TWIN DOLPHIN DR FL 6
FL 6
REDWOOD CITY,CA,940651497

**AT&T**
P.O. Box 78045
Phoenix, AZ 85062-8045

17178684768237767103002008200000452447000004015682

Case: 05-30145    Doc# 367    Filed: 12/19/05    Entered: 12/19/05 15:23:49    Page 13 of
59

Exhibit A

 **AT&T**

FIRST VIRTUAL CORPORATION
303 TWIN DOLPHIN DR FL 6
FL 6
REDWOOD CITY,CA,940651497

| | |
|---|---|
| Account Number: | 171-786-8476 823 |
| Invoice Number: | 4060703000 |
| Bill Period: | Aug 11 - Sep 10, 2005 |
| **Invoice Date:** | **Sep 11, 2005** |
| AT&T Tax ID: | 13-4924710 |

Page  1

## AT&T Business Services

For Billing Inquiries:  1 800 358-1111

| SUMMARY OF CHARGES | | |
|---|---|---|
| ACCOUNT / GROUP CHARGES | $ | 52.89 |
| OUTBOUND | | 24.08 |
| TOLL-FREE | | 0.19 |
| LOCAL | | 1,371.42 |
| REGULATORY FEES | | 583.53 |
| **TOTAL CURRENT CHARGES** | **$** | **2,032.11** |

| ACCOUNT STATUS | | |
|---|---|---|
| PREVIOUS BALANCE | $ | 45,244.70 |
| TOTAL CURRENT CHARGES | | 2,032.11 |

**TOTAL AMOUNT DUE**      $   47,276.81

**PAYMENT DUE DATE**         UPON RECEIPT

(These totals include all applicable charges, discounts, and taxes.)

### *** IMPORTANT NEWS ABOUT YOUR ACCOUNT ***

The **TOTAL DISCOUNT AMOUNT**    for your account is equal to     $ 50.18.

The **TOTAL AMOUNT OF WAIVED CHARGES** for your account is equal to $7.50ì.

### *Important News Continued on page 3*

**PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT.**
**PLEASE MAKE SURE THAT THE AT&T P.O. BOX ADDRESS IS SHOWING THROUGH THE ENVELOPE WINDOW.**

**AT&T**
Return Mail Center
PO BOX 16740
Mesa, AZ 85201

**TO ENSURE PROPER CREDIT, PLEASE DETACH**
**BOTTOM PORTION AND RETURN WITH REMITTANCE.**

---

 **AT&T**

If name, address, or telephone number
has changed, please call Customer Care
at  1 800 358-1111    or check box below
and print new information on reverse side.

☐

| | |
|---|---|
| Account Number: | 171-786-8476 823 |
| Invoice Number: | 4060703000 |
| Invoice Date: | Sep 11, 2005 |
| Payment Due Date: | UPON RECEIPT |
| **Total Amount Due:** | $   47,276.81 |
| **Amount Enclosed:** | $ |

#BWNGHNK
#17178684768232#  000000000 0000000000   0000000000 N80
IıIıIıIıIıIıIıIııIıIıIıIIıIıIıIııIıIıIıI
**FIRST VIRTUAL CORPORATION**
303 TWIN DOLPHIN DR FL 6
FL 6
REDWOOD CITY,CA,940651497

Please Send Payments to:

IıIıIıIIıIıIıIıIıIIıIıIıIıIIıIıIıIıIIıIıIıIıIIıIıIıI
**AT&T**
P.O. Box 78045
Phoenix, AZ 85062-8045

1717868476823406070300000820000047276810000203211

| 210016999269 | | | DOF 1/20/05 | | |
|---|---|---|---|---|---|
| BILL DATE | CURRENT CHARGES | PMTS RCVD | ADJS RCVD | | BALANCE DUE |
| 1/20/05-2/15/05 | $ 11,936.91 | | | | $ 11,936.91 |
| 2/15/2005 | $ 14,324.30 | | | | $ 26,261.21 |
| 3/15/2005 | $ 14,324.30 | | | | $ 40,585.51 |
| 4/15/2005 | $ 14,324.30 | $ (14,324.30) | | | $ 40,585.51 |
| 5/15/2005 | $ 14,324.30 | | | | $ 54,909.81 |
| 6/15/2005 | $ 14,324.30 | | | | $ 69,234.11 |
| 7/15/2005 | $ - | | $ (4,297.30) | | $ 64,936.81 |
| 8/15/2005 | | | | | $ 64,936.81 |
| 9/15/2005 | | | | | $ 64,936.81 |
| 9/21/2005 | | | $ (77.65) | | $ 64,859.16 |
| 9/23/2005 | | $ (65.95) | | | **$ 64,793.21** |

Exhibit A

**Rodriguez, Stephanie M, WCS**

| | |
|---|---|
| **From:** | Stephanie Rodriguez [srodrigu@esbapp1.ims.att.com] |
| **Sent:** | Wednesday, September 28, 2005 6:50 AM |
| **To:** | Rodriguez, Stephanie M, WCS |
| **Subject:** | 1/05 |

---------------------------------------------------

---------------------------------------------------

210016999269

01/15/05

5761198

12/15/04 to 01/15/05

02/10/05
    AT&T
    PO Box 277019
    One Main Street
    Atlanta, GA 30384-7019

Account Number

Statement Date

Invoice Number

Billing Period

Payment Due Date

Page 1 of 4

*pre $ 16,711.69* (handwritten)
*post $ 11,936.91* (handwritten)

    FVC.COM
    ATTN:Jonathan Clark
    3200 Bridge Parkway, Ste 202
    Redwood City, CA 94065
    United States
    !940656!

| Summary<br>of Your<br>AT&T<br>Accounts | Previous Balance as of 12/15/04<br>Payments as of 01/15/05<br>Adjustments against previous balance | $28,648.60<br>$14,324.30-<br>$0.00 |
|---|---|---|

-----------------------------------------------------------
Balance Carried Forward

$14,324.30

| | Other Charges<br>Current Period Charges<br>Tax | $0.00<br>$14,324.30<br>$0.00 |
|---|---|---|

-----------------------------------------------------------
    Total Amount Due    $28,648.60

    Account Alert    Customer Service
    -----------------------------------------------
    As of 01/15/05 we had not received your payment    Any dispute by the

1

Customer with respect to this
    due of $14,324.30.  To bring your account                bill must be provided in
writing within six
    current, please remit the Total Amount Due by           months from the date on
this bill, or this bill
    your Payment Due Date.  If you have already              shall be deemed correct
and binding on the
    mailed your payment, please disregard this notice        customer.  Call 1-800-
235-7524 for billing
    and accept our thanks.                                    questions or mailing
address.

    Please detach at perforation and return coupon below with your payment.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - -

                                                              Please return this
coupon with your payment.
                                                              Make check payable to:
AT&T.
---------------------------------------------------
---------------------------------------------------
                                                              Account Number
210016999269
                FVC.COM
---------------------------------------------------       Payment Due Date
                ATTN:Jonathan Clark
02/10/05
                3200 Bridge Parkway, Ste 202
---------------------------------------------------
                Redwood City, CA 94065                        Payment Due
$28,648.60
                United States
---------------------------------------------------
                                                              Amount Enclosed
$
                    !3038470195!
---------------------------------------------------
                AT&T                                          Change of address or
telephone?
                PO Box 277019                                 Please place a check
mark in the box
                Atlanta, GA 30384-7019                        at left and indicate
the change on
                                                              the back of this
coupon.

0210016999269009000000286486000014324300005761988


    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - -
                                                              Questions about your
bill? Just call 1-800-235-7524
---------------------------------------------------
---------------------------------------------------
                                                              Account Number
210016999269

```
------ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - -
```

```
-------------------------------------------------
```

```
-------------------------------------------------
```

Account Number

210016999269

Statement Date

01/15/05

Invoice Number

5761198
    FVC.COM
    ATTN:Jonathan Clark                                  Page 4 of 4
    3200 Bridge Parkway, Ste 202
    Redwood City, CA 94065
    United States

Detail by
Subscriber

                fvc.com (.DNEC.832416..ATI.) : Subscriber Information
                 3200 Bridge Pkwy
                 Phone, 1
                 DNEC.832416
                 Redwood City CA 94065
AT&T
Managed       ----------------------------------------------------------------
Internet
Service       Monthly Charges for period 01/15/05 to 02/15/05
              ----------------------------------------------------------------
                    AT&T MIS @ 10 Mbps                          $7,350.00
              ----------------------------------------------------------------
                    Local Access Charge                         $2,327.35
              ----------------------------------------------------------------
Total
              Allocated discounts                               $4,410.00-
              ----------------------------------------------------------------
```

5

Exhibit A

```
FVC.COM (ICFVCCM004) : Subscriber Information
 542 Amherst St
 Telco, Main
 DNEC.979985
 Nashua NH 03063

------------------------------------------------------------------

Monthly Charges for period 05/15/05 to 06/15/05
------------------------------------------------------------------
           AT&T MIS @ 10 Mbps                       $2,940.00
------------------------------------------------------------------
           Local Access Charge                      $6,116.95
------------------------------------------------------------------
```

Total

$9,056.95

**Rodriguez, Stephanie M, WCS**

| | |
|---|---|
| **From:** | Stephanie Rodriguez [srodrigu@esbapp1.ims.att.com] |
| **Sent:** | Wednesday, September 28, 2005 6:51 AM |
| **To:** | Rodriguez, Stephanie M, WCS |
| **Subject:** | 2/05 |

```
--------------------------------------------------
--------------------------------------------------
```

| | |
|---|---|
| 210016999269 | Account Number |
| 02/15/05 | Statement Date |
| 5816466 | Invoice Number |
| 01/15/05 to 02/15/05 | Billing Period |
| 03/10/05 | Payment Due Date |

```
    AT&T
    PO Box 277019                                    Page 1 of 4
    One Main Street
    Atlanta, GA 30384-7019
```

```
    FVC.COM
    ATTN:Jonathan Clark
    3200 Bridge Parkway, Ste 202
    Redwood City, CA 94065
    United States
    !940656!
```

| Summary | Previous Balance as of 01/15/05 | $28,648.60 |
|---|---|---|
| of Your | Payments as of 02/15/05 | $0.00 |
| AT&T | Adjustments against previous balance | $0.00 |
| Accounts | | |

```
--------------------------------------------------------------
                       Balance Carried Forward
$28,648.60
                       Other Charges                      $0.00
                       Current Period Charges        $14,324.30
                       Tax                                $0.00

--------------------------------------------------------------
                       Total Amount Due               $42,972.90
```

```
    Account Alert                              Customer Service
    ----------------------------------------------
    As of 02/15/05 we had not received your payment      Any dispute by the
```

1

Exhibit A

Case: 05-30145    Doc# 367    Filed: 12/19/05    Entered: 12/19/05 15:23:49    Page 20 of 59

Customer with respect to this                                    bill must be provided in
    due of $28,648.60.  To bring your account                    months from the date on
writing within six
    current, please remit the Total Amount Due by                shall be deemed correct
this bill, or this bill
    your Payment Due Date.  If you have already                  customer.  Call 1-800-
and binding on the
    mailed your payment, please disregard this notice            questions or mailing
235-7524 for billing
    and accept our thanks.
address.

    Please detach at perforation and return coupon below with your payment.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - -

                                                                 Please return this
coupon with your payment.
                                                                 Make check payable to:
AT&T.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                                 Account Number
210016999269
                    FVC.COM
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                    ATTN:Jonathan Clark                          Payment Due Date
03/10/05
                    3200 Bridge Parkway, Ste 202
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                    Redwood City, CA 94065                       Payment Due
$42,972.90
                    United States
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                                 Amount Enclosed
$
                         !3038470195!
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                    AT&T                                         Change of address or
telephone?
                    PO Box 277019                                Please place a check
mark in the box
                    Atlanta, GA 30384-7019                       at left and indicate
the change on
                                                                 the back of this
coupon.

02100169992690090000000429729000014324300058164665


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - -
                                                                 Questions about your

bill? Just call 1-800-235-7524

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                                 Account Number
210016999269

Exhibit A

**Rodriguez, Stephanie M, WCS**

| | |
|---|---|
| **From:** | Stephanie Rodriguez [srodrigu@esbapp1.ims.att.com] |
| **Sent:** | Wednesday, September 28, 2005 6:51 AM |
| **To:** | Rodriguez, Stephanie M, WCS |
| **Subject:** | 3/05 |

```
-----------------------------------------------

-----------------------------------------------
                                                    Account Number
210016999269
                                                    Statement Date
03/15/05
                                                    Invoice Number
5879860
                                                    Billing Period
02/15/05 to 03/15/05
                                                    Payment Due Date
04/10/05
        AT&T
        PO Box 277019
        One Main Street                             Page 1 of 4
        Atlanta, GA 30384-7019


        FVC.COM
        ATTN:Jonathan Clark
        3200 Bridge Parkway, Ste 202
        Redwood City, CA 94065
        United States
        !940656!




     Summary          Previous Balance as of 02/15/05        $42,972.90
     of Your          Payments as of 03/15/05                     $0.00
     AT&T             Adjustments against previous balance        $0.00
     Accounts
-----------------------------------------------------------------
                      Balance Carried Forward
$42,972.90
                      Other Charges                               $0.00
                      Current Period Charges                 $14,324.30
                      Tax                                         $0.00

-----------------------------------------------------------------
                      Total Amount Due                        $57,297.20


     Account Alert                              Customer Service
     -----------------------------------------------
-----------------------------------------------
     As of 03/15/05 we had not received your payment    Any dispute by the
```

1

Customer with respect to this
    due of $42,972.90.  To bring your account      bill must be provided in
writing within six
    current, please remit the Total Amount Due by    months from the date on
this bill, or this bill
    your Payment Due Date.  If you have already    shall be deemed correct
and binding on the
    mailed your payment, please disregard this notice    customer.  Call 1-800-
235-7524 for billing
    and accept our thanks.    questions or mailing
address.

    Please detach at perforation and return coupon below with your payment.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - -

Please return this

coupon with your payment.

Make check payable to:

AT&T.

------------------------------------------------

------------------------------------------------

Account Number

210016999269
               FVC.COM
------------------------------------------------
               ATTN:Jonathan Clark    Payment Due Date
04/10/05
               3200 Bridge Parkway, Ste 202
------------------------------------------------
               Redwood City, CA 94065    Payment Due
$57,297.20
               United States
------------------------------------------------

Amount Enclosed

$
                 !3038470195!
------------------------------------------

Change of address or

telephone?
               AT&T    Please place a check

mark in the box
               PO Box 277019    at left and indicate

the change on
               Atlanta, GA 30384-7019    the back of this

coupon.

021001699926900900000057297200001432430000587986 06

    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - -

Questions about your

bill? Just call 1-800-235-7524

-----------------------------------------------------

-----------------------------------------------------

Account Number

210016999269

Case: 05-30145    Doc# 367    Filed: 12/19/05    Entered: 12/19/05 15:23:49    Page 23 of
59

Exhibit A

5816466
    FVC.COM
    ATTN:Jonathan Clark
    3200 Bridge Parkway, Ste 202
    Redwood City, CA 94065
    United States

```
New             -----------------------------------------------------------------
Charges         02/15/05 Total Net New Charges
Summary                  (Details on following pages)


                    AT&T Managed Internet Service
Total New Charges
                                                                $14,324.30

$14,324.30      -----------------------------------------------------------------
```

Case: 05-30145   Doc# 367   Filed: 12/19/05   Entered: 12/19/05 15:23:49   Page 24 of
59

Exhibit A

— — — — — — — — — — — — — —

bill? Just call 1-800-235-7524

---------------------------------------------------

---------------------------------------------------

Account Number

210016999269

Statement Date

02/15/05

Invoice Number

5816466
    FVC.COM
    ATTN:Jonathan Clark
    3200 Bridge Parkway, Ste 202
    Redwood City, CA 94065
    United States

Page 3 of 4

IMPORTANT    Thank you for using AT&T Managed Service.
MESSAGE(S):

Monthly Charges for period 02/15/05 to 03/15/05

| | |
|---|---|
| AT&T MIS @ 10 Mbps | $7,350.00 |
| Local Access Charge | $2,327.35 |
| AT&T MIS @ 10 Mbps | $2,940.00 |
| Local Access Charge | $6,116.95 |

Monthly

Charges

$18,734.30

AT&T
$18,734.30
Managed
Internet
Service

Subtotal New Charges

Discounts through 02/15/05

-------------------------------------------------------------

  MIS  60% Service Discount              $4,410.00-

Discounts

$4,410.00-

Subtotal New Charges Less Discounts

$14,324.30

Net New Charges for AT&T Managed Internet Service

$14,324.30

bill? Just call 1-800-235-7524

--------------------------------------------------

--------------------------------------------------

Account Number

210016999269

Statement Date

02/15/05

Invoice Number

5816466

    FVC.COM
    ATTN:Jonathan Clark                       Page 4 of 4
    3200 Bridge Parkway, Ste 202
    Redwood City, CA 94065
    United States

    Detail by
    Subscriber

                fvc.com (.DNEC.832416..ATI.) : Subscriber Information
                 3200 Bridge Pkwy
                 Phone, 1
                 DNEC.832416
                 Redwood City CA 94065
    AT&T
    Managed
    Internet
    Service

Monthly Charges for period 02/15/05 to 03/15/05

| | |
|---|---|
| AT&T MIS @ 10 Mbps | $7,350.00 |
| Local Access Charge | $2,327.35 |
| Allocated discounts | $4,410.00- |

Total

$5,267.35

Exhibit A

Case: 05-30145    Doc# 367    Filed: 12/19/05    Entered: 12/19/05 15:23:49    Page 26 of 59

```
FVC.COM (ICFVCCM004) : Subscriber Information
 542 Amherst St
 Telco, Main
 DNEC.979985
 Nashua NH 03063

-----------------------------------------------------------------

Monthly Charges for period 02/15/05 to 03/15/05
-----------------------------------------------------------------
          AT&T MIS @ 10 Mbps                    $2,940.00
-----------------------------------------------------------------
          Local Access Charge                   $6,116.95
-----------------------------------------------------------------
```

Total

$9,056.95

**Rodriguez, Stephanie M, WCS**

| | |
|---|---|
| **From:** | Stephanie Rodriguez [srodrigu@esbapp1.ims.att.com] |
| **Sent:** | Wednesday, September 28, 2005 6:51 AM |
| **To:** | Rodriguez, Stephanie M, WCS |
| **Subject:** | 4/05 |

```
-------------------------------------------------
-------------------------------------------------
210016999269                                          Account Number

04/15/05                                              Statement Date

5948079                                               Invoice Number

                                                      Billing Period
03/15/05 to 04/15/05
                                                      Payment Due Date
05/10/05
    AT&T
    PO Box 277019                                     Page 1 of 4
    One Main Street
    Atlanta, GA 30384-7019



    FVC.COM
    ATTN:Jonathan Clark
    303 TWIN DOLPHIN DR #6
    Redwood City, CA 94065-1497
    United States
    !9406514975!
```

```
  Summary          Previous Balance as of 03/15/05      $57,297.20
  of Your          Payments as of 04/15/05              $14,324.30-
  AT&T             Adjustments against previous balance       $0.00
  Accounts
-------------------------------------------------------------
                   Balance Carried Forward
$42,972.90
                   Other Charges                              $0.00
                   Current Period Charges               $14,324.30
                   Tax                                        $0.00

-------------------------------------------------------------
                   Total Amount Due                      $57,297.20

  Account Alert                                  Customer Service
  --------------------------------------------------
-------------------------------------------------------
  As of 04/15/05 we had not received your payment    Any dispute by the
```

1

Customer with respect to this
    due of $42,972.90.  To bring your account                          bill must be provided in
writing within six
    current, please remit the Total Amount Due by                       months from the date on
this bill, or this bill
    your Payment Due Date.  If you have already                        shall be deemed correct
and binding on the
    mailed your payment, please disregard this notice                  customer.  Call 1-800-
235-7524 for billing
    and accept our thanks.                                              questions or mailing
address.

    Please detach at perforation and return coupon below with your payment.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - -

                                       Please return this

coupon with your payment.
                                       Make check payable to:

AT&T.
----------------------------------------------------
----------------------------------------------------
                                       Account Number

210016999269
              FVC.COM
----------------------------------------------------
              ATTN:Jonathan Clark                                Payment Due Date
05/10/05
              303 TWIN DOLPHIN DR #6
----------------------------------------------------
              Redwood City, CA 94065-1497                        Payment Due
$57,297.20
              United States
----------------------------------------------------
                                      Amount Enclosed

$
                    !3038470195!
----------------------------------------------------
              AT&T                                               Change of address or
telephone?
              PO Box 277019                                      Please place a check
mark in the box
              Atlanta, GA 30384-7019                             at left and indicate
the change on
                                        the back of this
coupon.

02100169992690090000005729720000143243000059480799

    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - -
    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - -

                                         Questions about your

bill? Just call 1-800-235-7524
----------------------------------------------------
----------------------------------------------------
                                         Account Number

210016999269

03/15/05

5879860
    FVC.COM
    ATTN:Jonathan Clark
    3200 Bridge Parkway, Ste 202
    Redwood City, CA 94065
    United States

```
  New          -----------------------------------------------------------------
  Charges      03/15/05 Total Net New Charges
  Summary               (Details on following pages)


                    AT&T Managed Internet Service
Total New Charges
                                                          $14,324.30

$14,324.30       -----------------------------------------------------------------
```

Exhibit A

bill? Just call 1-800-235-7524

--------------------------------------------------

--------------------------------------------------

Account Number

210016999269

Statement Date

03/15/05

Invoice Number

5879860
    FVC.COM
    ATTN:Jonathan Clark
    3200 Bridge Parkway, Ste 202
    Redwood City, CA 94065
    United States

Page 3 of 4

IMPORTANT      Thank you for using AT&T Managed Service.
MESSAGE(S):

Monthly Charges for period 03/15/05 to 04/15/05
----------------------------------------------------------------

| | |
|---|---|
| AT&T MIS @ 10 Mbps | $7,350.00 |
| Local Access Charge | $2,327.35 |

Monthly

| | |
|---|---|
| AT&T MIS @ 10 Mbps | $2,940.00 |

Charges

| | |
|---|---|
| Local Access Charge | $6,116.95 |

$18,734.30

AT&T                             Subtotal New Charges
$18,734.30
Managed
Internet    Discounts through 03/15/05
Service    ----------------------------------------------------------------
    MIS  60% Service Discount              $4,410.00-

Discounts

$4,410.00-

Subtotal New Charges Less Discounts

$14,324.30

Net New Charges for AT&T Managed Internet Service

$14,324.30

Exhibit A

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - -

--------------------------------------------------

--------------------------------------------------

Account Number

210016999269

Statement Date

03/15/05

Invoice Number

5879860

Page 4 of 4

FVC.COM
ATTN:Jonathan Clark
3200 Bridge Parkway, Ste 202
Redwood City, CA 94065
United States

Detail by
Subscriber

fvc.com (.DNEC.832416..ATI.) : Subscriber Information
3200 Bridge Pkwy
Phone, 1
DNEC.832416
Redwood City CA 94065

AT&T
Managed
Internet
Service

--------------------------------------------------------------------

Monthly Charges for period 03/15/05 to 04/15/05
--------------------------------------------------------------------

| | |
|---|---|
| AT&T MIS @ 10 Mbps | $7,350.00 |
| Local Access Charge | $2,327.35 |

--------------------------------------------------------------------

Total

Allocated discounts                                    $4,410.00-
--------------------------------------------------------------------

$5,267.35

Exhibit A
Case: 05-30145   Doc# 367   Filed: 12/19/05   Entered: 12/19/05 15:23:49   Page 32 of
59

```
FVC.COM (ICFVCCM004) : Subscriber Information
 542 Amherst St
 Telco, Main
 DNEC.979985
 Nashua NH 03063

----------------------------------------------------------------

Monthly Charges for period 03/15/05 to 04/15/05
----------------------------------------------------------------
        AT&T MIS @ 10 Mbps                    $2,940.00
----------------------------------------------------------------

        Local Access Charge                   $6,116.95
----------------------------------------------------------------
```

Total

$9,056.95

**Rodriguez, Stephanie M, WCS**

| | |
|---|---|
| **From:** | Stephanie Rodriguez [srodrigu@esbapp1.ims.att.com] |
| **Sent:** | Wednesday, September 28, 2005 6:52 AM |
| **To:** | Rodriguez, Stephanie M, WCS |
| **Subject:** | 5/05 |

```
---------------------------------------------------

---------------------------------------------------
```

210016999269                                      Account Number

05/15/05                                          Statement Date

6005739                                           Invoice Number

04/15/05 to 05/15/05                              Billing Period

06/10/05                                          Payment Due Date
    AT&T
    PO Box 277019                                 Page 1 of 4
    One Main Street
    Atlanta, GA 30384-7019


        FVC.COM
        ATTN:Jonathan Clark
        303 TWIN DOLPHIN DR #6
        Redwood City, CA 94065-1497
        United States
        !9406514975!


```
    Summary          Previous Balance as of 04/15/05        $57,297.20
    of Your          Payments as of 05/15/05                     $0.00
    AT&T             Adjustments against previous balance        $0.00
    Accounts
------------------------------------------------------------
                     Balance Carried Forward
$57,297.20
                     Other Charges                               $0.00
                     Current Period Charges                 $14,324.30
                     Tax                                         $0.00

------------------------------------------------------------
                     Total Amount Due                        $71,621.50


    Account Alert                                   Customer Service
    ---------------------------------------------
------------------------------------------------
    As of 05/15/05 we had not received your payment      Any dispute by the
```
                                1

Exhibit A

Case: 05-30145    Doc# 367    Filed: 12/19/05    Entered: 12/19/05 15:23:49    Page 34 of 59

Customer with respect to this
    due of $57,297.20.  To bring your account                bill must be provided in
writing within six
    current, please remit the Total Amount Due by            months from the date on
this bill, or this bill
    your Payment Due Date.  If you have already              shall be deemed correct
and binding on the
    mailed your payment, please disregard this notice        customer.  Call 1-800-
235-7524 for billing
    and accept our thanks.                                    questions or mailing
address.

    Please detach at perforation and return coupon below with your payment.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - -

                                             Please return this
coupon with your payment.
                                           Make check payable to:
AT&T.

---------------------------------------------------
---------------------------------------------------
210016999269
               FVC.COM                                   Account Number
---------------------------------------------------
               ATTN:Jonathan Clark                       Payment Due Date
06/10/05
               303 TWIN DOLPHIN DR #6
---------------------------------------------------
               Redwood City, CA 94065-1497               Payment Due
$71,621.50
               United States
---------------------------------------------------
                                               Amount Enclosed
$
                    !3038470195!
---------------------------------------------
               AT&T                                      Change of address or
telephone?
               PO Box 277019                             Please place a check
mark in the box
               Atlanta, GA 30384-7019                    at left and indicate
the change on
                                    the back of this
coupon.

021001699926900900000071621500001432430000060057397

    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - -
    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - -

                                              Questions about your
bill? Just call 1-800-235-7524
---------------------------------------------------
---------------------------------------------------
210016999269
                                              Account Number

04/15/05

5948079
        FVC.COM
        ATTN:Jonathan Clark

        303 TWIN DOLPHIN DR #6
        Redwood City, CA 94065-1497
        United States


        Payments     ----------------------------------------------------------------
        Detail       03/29/05   Payment                            $14,324.30
                     ----------------------------------------------------------------


Total Payments


$14,324.30


        New          ----------------------------------------------------------------
        Charges      04/15/05 Total Net New Charges
        Summary               (Details on following pages)

                        AT&T Managed Internet Service
Total New Charges
                                                            $14,324.30

$14,324.30
             ----------------------------------------------------------------

Exhibit A

---------------------------------------------------

---------------------------------------------------

210016999269

04/15/05

5948079
    FVC.COM
    ATTN:Jonathan Clark
    303 TWIN DOLPHIN DR #6
    Redwood City, CA 94065-1497
    United States

IMPORTANT          Thank you for using AT&T Managed Service.
MESSAGE(S):

Monthly Charges for period 04/15/05 to 05/15/05
---------------------------------------------------------
AT&T MIS @ 10 Mbps                       $7,350.00
Local Access Charge                      $2,327.35

AT&T MIS @ 10 Mbps                       $2,940.00

Local Access Charge                      $6,116.95

Monthly
Charges

$18,734.30

AT&T                                  Subtotal New Charges
$18,734.30
Managed
Internet      Discounts through 04/15/05
Service       ---------------------------------------------------------
MIS  60% Service Discount                $4,410.00-

Discounts

$4,410.00-

Subtotal New Charges Less Discounts

$14,324.30

Net New Charges for AT&T Managed Internet Service

$14,324.30

4

Exhibit A

Case: 05-30145   Doc# 367   Filed: 12/19/05   Entered: 12/19/05 15:23:49   Page 37 of
59

Questions about your

bill? Just call 1-800-235-7524

```
-------------------------------------------------
-------------------------------------------------
```

Account Number

210016999269

Statement Date

04/15/05

Invoice Number

5948079
    FVC.COM
    ATTN:Jonathan Clark
    303 TWIN DOLPHIN DR #6
    Redwood City, CA 94065-1497
    United States

Page 4 of 4

Detail by
Subscriber

                fvc.com (.DNEC.832416..ATI.) : Subscriber Information
                 3200 Bridge Pkwy
                 Phone, 1
                 DNEC.832416
                 Redwood City CA 94065

AT&T
Managed
Internet
Service

Monthly Charges for period 04/15/05 to 05/15/05

| | |
|---|---|
| AT&T MIS @ 10 Mbps | $7,350.00 |
| Local Access Charge | $2,327.35 |

Total

| | |
|---|---|
| Allocated discounts | $4,410.00- |

5

Exhibit A

Case: 05-30145    Doc# 367    Filed: 12/19/05    Entered: 12/19/05 15:23:49    Page 38 of
59

$5,267.35

```
FVC.COM (ICFVCCM004) : Subscriber Information
 542 Amherst St
 Telco, Main
 DNEC.979985
 Nashua NH 03063

_____

Monthly Charges for period 04/15/05 to 05/15/05
_____
         AT&T MIS @ 10 Mbps                    $2,940.00
_____
```

Total

```
         Local Access Charge                   $6,116.95
_____
```

$9,056.95

**Rodriguez, Stephanie M, WCS**

| | |
|---|---|
| **From:** | Stephanie Rodriguez [srodrigu@esbapp1.ims.att.com] |
| **Sent:** | Wednesday, September 28, 2005 6:52 AM |
| **To:** | Rodriguez, Stephanie M, WCS |
| **Subject:** | 6/05 |

```
----------------------------------------------------

---:------------------------------------------------
```
                                                         Account Number
210016999269
                                                         Statement Date
06/15/05
                                                         Invoice Number
6066325
                                                         Billing Period
05/15/05 to 06/15/05
                                                         Payment Due Date
07/10/05
    AT&T
    PO Box 277019                                        Page 1 of 4
    One Main Street
    Atlanta, GA 30384-7019



        FVC.COM
        ATTN:Jonathan Clark
        303 TWIN DOLPHIN DR #6
        Redwood City, CA 94065-1497
        United States
        !9406514975!




    Summary        Previous Balance as of 05/15/05        $71,621.50
    of Your        Payments as of 06/15/05                     $0.00
    AT&T           Adjustments against previous balance        $0.00
    Accounts
--------------------------------------------------------------
                   Balance Carried Forward
$71,621.50
                   Other Charges                              $0.00
                   Current Period Charges               $14,324.30
                   Tax                                        $0.00

--------------------------------------------------------------
                   Total Amount Due                      $85,945.80

    Account Alert                                  Customer Service
    -------------------------------------------
--------------------------------------------------
    As of 06/15/05 we had not received your payment      Any dispute by the

1

Exhibit A
Case: 05-30145    Doc# 367    Filed: 12/19/05    Entered: 12/19/05 15:23:49    Page 40 of
59

Customer with respect to this
    due of $71,621.50.  To bring your account              bill must be provided in
writing within six
    current, please remit the Total Amount Due by       months from the date on
this bill, or this bill
    your Payment Due Date.  If you have already       shall be deemed correct
and binding on the
    mailed your payment, please disregard this notice     customer.  Call 1-800-
235-7524 for billing
    and accept our thanks.                            questions or mailing
address.

    Please detach at perforation and return coupon below with your payment.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                        Please return this
coupon with your payment.

                        Make check payable to:

AT&T.

-----------------------------------------------
-----------------------------------------------
                        Account Number

210016999269
          FVC.COM
-----------------------------------------------
          ATTN:Jonathan Clark           Payment Due Date
07/10/05
          303 TWIN DOLPHIN DR #6
-----------------------------------------------
          Redwood City, CA 94065-1497      Payment Due
$85,945.80
          United States
-----------------------------------------------
                        Amount Enclosed

$
             !3038470195!
-----------------------------------------------
          AT&T                     Change of address or
telephone?
          PO Box 277019             Please place a check
mark in the box
          Atlanta, GA 30384-7019       at left and indicate
the change on
                        the back of this
coupon.

021001699926900900000085945800001432430000060663256

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                        Questions about your
bill? Just call 1-800-235-7524

-----------------------------------------------
-----------------------------------------------
                        Account Number

210016999269

05/15/05

6005739
    FVC.COM
    ATTN:Jonathan Clark
    303 TWIN DOLPHIN DR #6
    Redwood City, CA 94065-1497
    United States

New          ----------------------------------------------------------------
Charges      05/15/05 Total Net New Charges
Summary               (Details on following pages)


                    AT&T Managed Internet Service
Total New Charges
                                                      $14,324.30

$14,324.30
             ----------------------------------------------------------------

3

Exhibit A
Case: 05-30145    Doc# 367    Filed: 12/19/05    Entered: 12/19/05 15:23:49    Page 42 of 59

- - - - - - - - - - - - - -

Questions about your

bill? Just call 1-800-235-7524

--------------------------------------------------

--------------------------------------------------

Account Number

210016999269

Statement Date

05/15/05

Invoice Number

6005739
FVC.COM
ATTN:Jonathan Clark
303 TWIN DOLPHIN DR #6
Redwood City, CA 94065-1497
United States

Page 3 of 4

IMPORTANT      Thank you for using AT&T Managed Service.
MESSAGE(S):

Monthly Charges for period 05/15/05 to 06/15/05
------------------------------------------------------------

| | |
|---|---|
| AT&T MIS @ 10 Mbps | $7,350.00 |
| Local Access Charge | $2,327.35 |

Monthly

| | |
|---|---|
| AT&T MIS @ 10 Mbps | $2,940.00 |

Charges

| | |
|---|---|
| Local Access Charge | $6,116.95 |

$18,734.30

AT&T                                          Subtotal New Charges
$18,734.30
Managed
Internet      Discounts through 05/15/05
Service       ------------------------------------------------------------
              MIS  60% Service Discount              $4,410.00-

Discounts

$4,410.00-

                              Subtotal New Charges Less Discounts
$14,324.30

              Net New Charges for AT&T Managed Internet Service
$14,324.30

bill? Just call 1-800-235-7524

----------------------------------------------------

----------------------------------------------------

Account Number

210016999269

Statement Date

05/15/05

Invoice Number

6005739
    FVC.COM
    ATTN:Jonathan Clark                                     Page 4 of 4
    303 TWIN DOLPHIN DR #6
    Redwood City, CA 94065-1497
    United States

    Detail by
    Subscriber

            fvc.com (.DNEC.832416..ATI.) : Subscriber Information
             3200 Bridge Pkwy
             Phone, 1
             DNEC.832416
             Redwood City CA 94065
    AT&T
    Managed     ----------------------------------------------------------------
    Internet
    Service     Monthly Charges for period 05/15/05 to 06/15/05
                ----------------------------------------------------------------
                    AT&T MIS @ 10 Mbps                        $7,350.00
                ----------------------------------------------------------------
                    Local Access Charge                       $2,327.35
                ----------------------------------------------------------------
    Total
                Allocated discounts                          $4,410.00-
                ----------------------------------------------------------------
$5,267.35

Exhibit A

```
FVC.COM (ICFVCCM004) : Subscriber Information
 542 Amherst St
 Telco, Main
 DNEC.979985
 Nashua NH 03063

-----------------------------------------------------------------

Monthly Charges for period 05/15/05 to 06/15/05
-----------------------------------------------------------------
        AT&T MIS @ 10 Mbps                    $2,940.00
-----------------------------------------------------------------
        Local Access Charge                   $6,116.95
-----------------------------------------------------------------
```

Total

$9,056.95

| | |
|---|---|
| **From:** | Stephanie Rodriguez [srodrigu@esbapp1.ims.att.com] |
| **Sent:** | Wednesday, September 28, 2005 6:52 AM |
| **To:** | Rodriguez, Stephanie M, WCS |
| **Subject:** | 7/05 |

---------------------------------------------------

---------------------------------------------------

210016999269                                              Account Number

07/15/05                                                 Statement Date

6126643                                                  Invoice Number

06/15/05 to 07/15/05                                     Billing Period

08/10/05                                                 Payment Due Date
    AT&T
    PO Box 277019                                        Page 1 of 2
    One Main Street
    Atlanta, GA 30384-7019


        FVC.COM
        ATTN:Jonathan Clark
        303 TWIN DOLPHIN DR #6
        Redwood City, CA 94065-1497
        United States
        !9406514975!


    Summary          Previous Balance as of 06/15/05      $85,945.80
    of Your          Payments as of 07/15/05                   $0.00
    AT&T             Adjustments against previous balance  $21,008.99-
    Accounts
-----------------------------------------------------------------
                     Balance Carried Forward
$64,936.81
                     Other Charges                             $0.00
                     Current Period Charges                    $0.00
                     Tax                                       $0.00

-----------------------------------------------------------------
                     Total Amount Due                      $64,936.81


    Account Alert                                  Customer Service
    -----------------------------------------------------
    As of 07/15/05 we had not received your payment       Any dispute by the

1

Exhibit A

Case: 05-30145   Doc# 367   Filed: 12/19/05   Entered: 12/19/05 15:23:49   Page 46 of
59

Customer with respect to this
    due of $64,936.81.  To bring your account              bill must be provided in
writing within six
    current, please remit the Total Amount Due by          months from the date on
this bill, or this bill
    your Payment Due Date.  If you have already            shall be deemed correct
and binding on the
    mailed your payment, please disregard this notice      customer.  Call 1-800-
235-7524 for billing
    and accept our thanks.                                 questions or mailing
address.

    Please detach at perforation and return coupon below with your payment.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - -

                                                           Please return this

coupon with your payment.
                                                           Make check payable to:
AT&T.
-------------------------------------------------
-------------------------------------------------
                                                           Account Number
210016999269
                    FVC.COM
-------------------------------------------------            Payment Due Date
                    ATTN:Jonathan Clark
08/10/05
                    303 TWIN DOLPHIN DR #6
-------------------------------------------------
                    Redwood City, CA 94065-1497             Payment Due
$64,936.81
                    United States
-------------------------------------------------
                                                            Amount Enclosed
$
                        !3038470195!
-------------------------------------------------          Change of address or
                    AT&T
telephone?
                    PO Box 277019                           Please place a check
mark in the box
                    Atlanta, GA 30384-7019                  at left and indicate
the change on
                                                            the back of this
coupon.

0210016999269009000000649368100000000000000061266436


    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - -
                    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - -

                                                           Questions about your

bill? Just call 1-800-235-7524
-------------------------------------------------
-------------------------------------------------
                                                           Account Number
210016999269

Case: 05-30145    Doc# 367    Filed: 12/19/05    Entered: 12/19/05 15:23:49    Page 47 of
59

Exhibit A

07/15/05

6126643
    FVC.COM
    ATTN:Jonathan Clark
    303 TWIN DOLPHIN DR #6
    Redwood City, CA 94065-1497
    United States

| Adjustments Detail | Date | Subscriber / Description | Amount |
|---|---|---|---|
| | 12/15/04 | Subscriber: ICFVCCM004<br>AT&T MIS @ 10 Mbps Credit<br>AT&T Managed Internet Service | $2,940.00- |
| | 12/15/04 | Subscriber: ICFVCCM004<br>Local Access Charge Credit<br>AT&T Managed Internet Service | $6,116.95- |
| | 12/15/04 | Subscriber: .DNEC.832416..ATI.<br>Local Access Charge Credit<br>AT&T Managed Internet Service | $2,327.35- |
| | 12/15/04 | Subscriber: .DNEC.832416..ATI.<br>AT&T MIS @ 10 Mbps Credit<br>AT&T Managed Internet Service | $2,940.00- |
| | 01/15/05 | Subscriber: ICFVCCM004<br>Local Access Charge Credit<br>AT&T Managed Internet Service | $2,387.39- |
| | 07/06/05 | Subscriber: .DNEC.832416..ATI.<br>AT&T MIS @ 10 Mbps Disc Credit<br>AT&T Managed Internet Service | $882.00- |
| | 07/06/05 | Subscriber: .DNEC.832416..ATI.<br>Local Access Charge Disc. Credit<br>AT&T Managed Internet Service | $698.21- |
| | 07/06/05 | Subscriber: ICFVCCM004<br>Local Access Charge Disc. Credit<br>AT&T Managed Internet Service | $1,835.09- |
| | 07/06/05 | Subscriber: ICFVCCM004<br>AT&T MIS @ 10 Mbps Disc Credit<br>AT&T Managed Internet Service | |
| Total Adjustments | | | $882.00- |

$21,008.99-

3

Exhibit A

Case: 05-30145    Doc# 367    Filed: 12/19/05    Entered: 12/19/05 15:23:49    Page 48 of 59

- - - - - - - - - - - - - - - -

--------------------------------------------------

--------------------------------------------------

Account Number

210016999269

Statement Date

06/15/05

Invoice Number

6066325
   FVC.COM
   ATTN:Jonathan Clark                          Page 3 of 4
   303 TWIN DOLPHIN DR #6
   Redwood City, CA 94065-1497
   United States


IMPORTANT        Thank you for using AT&T Managed Service.
MESSAGE(S):

                 Monthly Charges for period 06/15/05 to 07/15/05
                 ---------------------------------------------------------
                 AT&T MIS @ 10 Mbps                        $7,350.00
                 Local Access Charge                       $2,327.35
Monthly
                 AT&T MIS @ 10 Mbps                        $2,940.00
Charges
                 Local Access Charge                       $6,116.95
$18,734.30


   AT&T                                         Subtotal New Charges
$18,734.30
   Managed
   Internet       Discounts through 06/15/05
   Service        ---------------------------------------------------------
                  MIS  60% Service Discount                 $4,410.00-




Discounts


$4,410.00-

                                         Subtotal New Charges Less Discounts
$14,324.30


               Net New Charges for AT&T Managed Internet Service
$14,324.30

--------------------------------------------------

--------------------------------------------------

Account Number

210016999269

Statement Date

06/15/05

Invoice Number

6066325
    FVC.COM
    ATTN:Jonathan Clark                                 Page 4 of 4
    303 TWIN DOLPHIN DR #6
    Redwood City, CA 94065-1497
    United States

Detail by
Subscriber

fvc.com (.DNEC.832416..ATI.) : Subscriber Information
3200 Bridge Pkwy
Phone, 1
DNEC.832416
Redwood City CA 94065

AT&T
Managed      --------------------------------------------------------------
Internet
Service      Monthly Charges for period 06/15/05 to 07/15/05
             --------------------------------------------------------------
                AT&T MIS @ 10 Mbps                          $7,350.00
             --------------------------------------------------------------
                Local Access Charge                         $2,327.35
             --------------------------------------------------------------
Total
             Allocated discounts                            $4,410.00-
             --------------------------------------------------------------
$5,267.35

5

```
FVC.COM (ICFVCCM004) : Subscriber Information
 542 Amherst St
 Telco, Main
 DNEC.979985
 Nashua NH 03063

-----------------------------------------------------------------

Monthly Charges for period 06/15/05 to 07/15/05
-----------------------------------------------------------------
        AT&T MIS @ 10 Mbps                        $2,940.00
-----------------------------------------------------------------
        Local Access Charge                       $6,116.95
-----------------------------------------------------------------
```

Total

$9,056.95

| | |
|---|---|
| **From:** | Stephanie Rodriguez [srodrigu@esbapp1.ims.att.com] |
| **Sent:** | Wednesday, September 28, 2005 6:53 AM |
| **To:** | Rodriguez, Stephanie M, WCS |
| **Subject:** | 8/05 |

```
--------------------------------------------------

--------------------------------------------------
                                                        Account Number
210016999269
                                                        Statement Date
08/15/05
                                                        Invoice Number
6166544
                                                        Billing Period
07/15/05 to 08/15/05
                                                        Payment Due Date
09/10/05
     AT&T
     PO Box 277019                                      Page 1 of 1
     One Main Street
     Atlanta, GA 30384-7019




        FVC.COM
        ATTN:Jonathan Clark
        303 TWIN DOLPHIN DR #6
        Redwood City, CA 94065-1497
        United States
        !9406514975!
```

```
   Summary         Previous Balance as of 07/15/05        $64,936.81
   of Your         Payments as of 08/15/05                     $0.00
   AT&T            Adjustments against previous balance        $0.00
   Accounts
-----------------------------------------------------------
                   Balance Carried Forward
$64,936.81
                   Other Charges                               $0.00
                   Current Period Charges                      $0.00
                   Tax                                         $0.00

-----------------------------------------------------------
                   Total Amount Due                       $64,936.81


   Account Alert                                   Customer Service
   -----------------------------------------------
-----------------------------------------------
   As of 08/15/05 we had not received your payment     Any dispute by the
```

1

Exhibit A

Case: 05-30145    Doc# 367    Filed: 12/19/05    Entered: 12/19/05 15:23:49    Page 52 of
59

01/15/05

5761198
    FVC.COM
    ATTN:Jonathan Clark
    3200 Bridge Parkway, Ste 202
    Redwood City, CA 94065
    United States

```
    Payments     ----------------------------------------------------------------
    Detail       01/05/05  Payment                                  $14,324.30
                 ----------------------------------------------------------------
```

Total Payments

$14,324.30

```
    New          ----------------------------------------------------------------
    Charges      01/15/05 Total Net New Charges
    Summary               (Details on following pages)

                     AT&T Managed Internet Service
Total New Charges
                                                              $14,324.30

$14,324.30
                 ----------------------------------------------------------------
```

Exhibit A
Case: 05-30145    Doc# 367    Filed: 12/19/05    Entered: 12/19/05 15:23:49    Page 53 of
59

- - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - -

--------------------------------------------------

--------------------------------------------------

| | |
|---|---|
| | Account Number |
| 210016999269 | |
| | Statement Date |
| 01/15/05 | |
| | Invoice Number |
| 5761198 | |
| FVC.COM | |
| ATTN:Jonathan Clark | Page 3 of 4 |
| 3200 Bridge Parkway, Ste 202 | |
| Redwood City, CA 94065 | |
| United States | |

IMPORTANT     Thank you for using AT&T Managed Service.
MESSAGE(S):

Monthly Charges for period 01/15/05 to 02/15/05
----------------------------------------------------------

|  |  |
|---|---|
| AT&T MIS @ 10 Mbps | $7,350.00 |
| Local Access Charge | $2,327.35 |
| AT&T MIS @ 10 Mbps | $2,940.00 |
| Local Access Charge | $6,116.95 |

Monthly

Charges

$18,734.30

AT&T                                              Subtotal New Charges
$18,734.30
Managed
Internet     Discounts through 01/15/05
Service      ----------------------------------------------------------
             MIS  60% Service Discount                    $4,410.00-

Discounts

$4,410.00-

                                    Subtotal New Charges Less Discounts
$14,324.30

             Net New Charges for AT&T Managed Internet Service
$14,324.30

**Rodriguez, Stephanie M, WCS**

| | |
|---|---|
| **From:** | Stephanie Rodriguez [srodrigu@esbapp1.ims.att.com] |
| **Sent:** | Wednesday, September 28, 2005 6:53 AM |
| **To:** | Rodriguez, Stephanie M, WCS |
| **Subject:** | 9/05 |

```
--------------------------------------------------
--------------------------------------------------
```

210016999269

09/15/05

6225226

08/15/05 to 09/15/05

10/10/05
    AT&T
    PO Box 277019
    One Main Street
    Atlanta, GA 30384-7019

Account Number

Statement Date

Invoice Number

Billing Period

Payment Due Date

Page 1 of 1

    FVC.COM
    ATTN:Jonathan Clark
    303 TWIN DOLPHIN DR #6
    Redwood City, CA 94065-1497
    United States
    !9406514975!

| Summary of Your AT&T Accounts | | |
|---|---|---|
| Previous Balance as of 08/15/05 | $64,936.81 |
| Payments as of 09/15/05 | $0.00 |
| Adjustments against previous balance | $0.00 |

```
-------------------------------------------------------------
```

Balance Carried Forward

$64,936.81

| | |
|---|---|
| Other Charges | $0.00 |
| Current Period Charges | $0.00 |
| Tax | $0.00 |

```
-------------------------------------------------------------
```

Total Amount Due      $64,936.81

Account Alert
```
------------------------------------------------
------------------------------------------------
```
As of 09/15/05 we had not received your payment

Customer Service

Any dispute by the

1

Exhibit A

Customer with respect to this
due of $64,936.81. To bring your account                         bill must be provided in
writing within six
current, please remit the Total Amount Due by            months from the date on
this bill, or this bill
your Payment Due Date. If you have already              shall be deemed correct
and binding on the
mailed your payment, please disregard this notice        customer. Call 1-800-
235-7524 for billing
and accept our thanks.                                   questions or mailing
address.

Please detach at perforation and return coupon below with your payment.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - -

                                                        Please return this

coupon with your payment.                               Make check payable to:

AT&T.

-----------------------------------------------

-----------------------------------------------         Account Number

210016999269
                        FVC.COM
-----------------------------------------------         Payment Due Date
                        ATTN:Jonathan Clark
10/10/05
                        303 TWIN DOLPHIN DR #6
-----------------------------------------------         Payment Due
                        Redwood City, CA 94065-1497
$64,936.81
                        United States
-----------------------------------------------         Amount Enclosed

$
                        !3038470195!
-----------------------------------------------         Change of address or
                        AT&T
telephone?
                        PO Box 277019                    Please place a check
mark in the box
                        Atlanta, GA 30384-7019           at left and indicate
the change on
                                                         the back of this
coupon.


021001699926900900000064936810000000000000062252260

06/15/05

6066325
    FVC.COM
    ATTN:Jonathan Clark
    303 TWIN DOLPHIN DR #6
    Redwood City, CA 94065-1497
    United States

```
New        ----------------------------------------------------------------
Charges    06/15/05 Total Net New Charges
Summary             (Details on following pages)


                    AT&T Managed Internet Service
Total New Charges
                                                                $14,324.30

$14,324.30
           ----------------------------------------------------------------
```

3

Questions about your

bill? Just call 1-800-235-7524

--------------------------------------------------

--------------------------------------------------

Account Number

210016999269

Statement Date

06/15/05

Invoice Number

6066325
    FVC.COM
    ATTN:Jonathan Clark
    303 TWIN DOLPHIN DR #6
    Redwood City, CA 94065-1497
    United States

Page 3 of 4


IMPORTANT    Thank you for using AT&T Managed Service.
MESSAGE(S):


Monthly Charges for period 06/15/05 to 07/15/05
------------------------------------------------------------
  AT&T MIS @ 10 Mbps               $7,350.00
  Local Access Charge             $2,327.35

Monthly
  AT&T MIS @ 10 Mbps               $2,940.00

Charges
  Local Access Charge             $6,116.95

$18,734.30


  AT&T                              Subtotal New Charges
$18,734.30
  Managed
  Internet   Discounts through 06/15/05
  Service    ------------------------------------------------------------
    MIS  60% Service Discount          $4,410.00-


Discounts

$4,410.00-


                           Subtotal New Charges Less Discounts

$14,324.30


          Net New Charges for AT&T Managed Internet Service
$14,324.30

In re First Virtual Communications and CUSeeMe Networks
Bankruptcy Court Case Nos.  05-30145, 05-30146

<u>PROOF OF SERVICE BY MAIL</u>

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding.  My business address is 701 "B" Street, Suite 1000, San Diego, California 92101, which is located in the county in which the within-mentioned mailing occurred.  I am readily familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence will be deposited with the United States Postal Service on the same day in the ordinary course of business.

On December 19, 2005, I served the following document(s):

NOTICE OF HEARING

MOTION OF AT&T CORP. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. § 503(B)

by placing a true copy in a separate envelope for each addressee set forth below, with the name and address of the persons served shown on the envelope as shown below, and by sealing the envelope and placing it in the appropriate location at my place of business for collection and mailing with postage fully prepaid in accordance with ordinary business practices.

Gregory Sterling                               Christopher Alliotts, Esq.
Receivers Incorporated                         Sulmeyer Kupetz
718 University Avenue, Suite 213                1080 Marsh Road, Suite 110
Los Gatos, CA 95032                            Menlo Park, CA 94025

Office of the United States Trustee
235 Pine Street, Suite 850
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed on December 19, 2005, at San Diego, California.

/s/

_____
Alan Vanderhoff